UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture<br><br>          Plaintiff<br><br>                    v.<br><br>CARMEN ROSA RODRÍGUEZ RODRÍGUEZ a/k/a CARMEN R. RODRÍGUEZ RODRÍGUEZ, as joint debtor and as known member of the Estate of DIMAS HERIBERTO RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS H. RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS RODRÍGUEZ RODRÍGUEZ; DILIA RODRÍGUEZ MONTILLA, VILMA SONNIER a/k/a VILMA RODRÍGUEZ MONTILLA and LOURDES KNAPP a/k/a LOURDES RODRÍGUEZ MONTILLA as known members of the Estate above-mentioned; JOHN DOE and RICHARD ROE as unknown members of the Estate above-mentioned<br><br>          Defendants | CIVIL NO.<br><br>Foreclosure of Mortgage |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America –acting as the United States Department of Agriculture– through the undersigned attorney, who respectfully alleges and prays as follows:

1.    Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2.    Plaintiff, United States of America, is acting through the

United States Department of Agriculture, which is organized and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. §1921 et seq. Plaintiff is the owner and holder of a promissory note that affects the property described further below.

3.   The promissory note is for the amount of $50,000.00, with 5.00% annual interest, subscribed on August 25, 1976. *See Exhibits 1 and 1-A.*

4.   For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 101 subscribed before Notary Public Luis Pérez Matos. This mortgage is duly recorded at overleaf of page 17 of volume 297 of Utuado, property number 23, 29th inscription of the Property Registry of Utuado.   *See Exhibits 2, 2-A and 3.*

5.   On October 4, 1989, through Deed No. 150 subscribed before Notary Public Miguel Torres Maldonado, DIMAS H. RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS RODRÍGUEZ RODRÍGUEZ and codefendant CARMEN ROSA RODRÍGUEZ RODRÍGUEZ a/k/a CARMEN R. RODRÍGUEZ RODRÍGUEZ assumed the mortgage herein described and modified it under the terms and conditions stipulated and agreed therein. Said deed is duly recorded at overleaf of page 21 of volume 297 of Utuado, property number 23, 34th inscription, Property

2

Registry of Utuado. *See Exhibits 3, 4 and 4-A.*

6. According to the Property Registry, DIMAS HERIBERTO RODRÍGUEZ RODRÍGUEZ and codefendant CARMEN ROSA RODRÍGUEZ RODRÍGUEZ appear as owners of record of the real estate property subject of this case. Said property is described -as it was recorded in Spanish- as follows:

RÚSTICA: Finca sita en el barrio Don Alonso, término municipal de Utuado, lugar denominado "Las Cuevas" compuesta de veintiocho cuerdas más o menos, equivalentes a once hectáreas, cincuenta y una centiáreas y veinte miliáreas más o menos de terreno quebrado, con plantaciones de café, plátanos y palmas de yaguas, conteniendo una casa de madera con techo de zinc y tres bohíos. Linda: al NORTE, con tierras de Manuel Candelaria Viruet; al ESTE, con la parcela de Pío Rivera; y al SUR y OESTE, con terrenos de la Sucesión de Miguel Rosas Artau.

PROPERTY NUMBER: 23, recorded at page 61 of volume 1 of Utuado, Registry of Utuado, Puerto Rico. *See Title Search attached as Exhibit 3.*

7. From information and belief, DIMAS H. RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS RODRÍGUEZ RODRÍGUEZ passed away on November 19, 2000.

8. From information and belief, the known members of the Estate of DIMAS H. RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS RODRÍGUEZ RODRÍGUEZ are the following individuals:

> (a) CARMEN ROSA RODRÍGUEZ RODRÍGUEZ a/k/a CARMEN R. RODRÍGUEZ RODRÍGUEZ (as widow, co-signer and co-owner);
>
> (b) DILIA RODRÍGUEZ MONTILLA (daughter);

(c)  LOURDES  KNAPP  a/k/a  LOURDES  RODRÍGUEZ  MONTILLA
     (daughter);

(d)  VILMA  SONNIER  a/k/a  VILMA  RODRÍGUEZ  MONTILLA
     (daughter)

9.   Codefendants  are  jointly  and  severally  responsible  for  all
     amounts  owed  to  plaintiff,  arising  from  the  loan  obligations
     subscribed.

10.  JOHN  DOE  and  RICHARD  ROE  are  included  as  possible  unknown  heirs
     to  the  Estate  of  DIMAS  H.  RODRÍGUEZ  RODRÍGUEZ  a/k/a  DIMAS
     RODRÍGUEZ  RODRÍGUEZ.

11.  According  to  *P.R. Laws Ann.,*  Article  959,  (Sec.  2787),
     defendants  have  30  days  to  either  accept  or  reject  their
     participation  in  the  Estate(s)  to  which  they  lawfully  belong.

12.  It  was  expressly  stipulated  in  the  note  evidencing  the
     indebtedness  that  default  in  the  payment  of  any  part  of  the
     covenant  or  agreement  therein  contained  will  authorize  the
     plaintiff,  as  payee  of  said  note,  to  declare  due  and  payable
     the  total  amount  of  the  indebtedness  evidenced  by  said  note  and
     proceed  with  the  execution  and/or  foreclosure  of  the  mortgage.

13.  The  defendants  herein  have  failed  to  comply  with  terms  of  the
     mortgage  contract  by  failing  to  pay  the  installments  due  on  all
     notes  until  the  present  day,  and  that  after  declaring  all  the
     indebtedness  due  and  payable,  defendants  owe  to  the  plaintiff,
     according  to  the  Certification  of  Indebtedness  included  herein

4

as *Exhibit 5*, the following amounts:

    a) On the $50,000.00 Note, as modified:

        1) The sum of $52,263.10, of principal;

        2) The sum of $60,745.44 of interest accrued as of September 4, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $7.9205;

        3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

14.   The indebtedness evidenced by the aforementioned notes is secured by the mortgage over the property described in this complaint.

15.   Codefendant CARMEN ROSA RODRÍGUEZ RODRÍGUEZ a/k/a CARMEN R. RODRÍGUEZ RODRÍGUEZ is not presently active in the military service for the United States. A *Status Report Pursuant to Servicemembers Civil Relief Act,* regarding the remaining codefendants, is not attached to this complaint since we were unable to obtain their social security numbers or their dates of birth. *See Exhibit 6.*

16.   The real estate property mentioned before is subject to the following liens in the rank indicated:

(A)   Property 23:

1) Recorded liens with preference or priority over mortgage
   herein recorded:

   a) None.

2) Junior Liens with inferior rank or priority over mortgage
   herein executed:

   a) MORTGAGE: Constituted by Pedro A. Maldonado and
      his wife Monserrate Lugo Yambó, in favor of
      bearer, in the original principal amount of
      $10,000.00 with 9% annual interest, due on
      presentation, constituted by Deed No. 43,
      executed in Utuado, Puerto Rico, on May 29th,
      1979, before Notary Public Miguel Torres
      Maldonado, recorded at page 19 volume 297 of
      Utuado, property number 23, 30th inscription.

   b) SEIZURE: In favor of the Commonwealth of Puerto
      Rico (Fondo del Seguro del Estado), in the
      amount of $406.00, Policy #91111-00135,
      workers insurance, against Dimas Heriberto
      Rodríguez Rodríguez and Carmen Rosa Rodríguez
      Rodríguez, Certification dated July 22nd, 1994,
      annotated on August 17th, 1994, at margin of
      page 1 of volume 447 of Utuado.

   c) SEIZURE: In favor of the Commonwealth of Puerto
      Rico (Fondo del Seguro del Estado) Policy
      #91111-00135 workers insurance, against Dimas
      Heriberto Rodríguez Rodríguez and Carmen Rosa
      Rodríguez Rodríguez, Certification dated
      December 28th, 2000, annotated on January 31,
      2001 at overleaf of margin of page 1 of volume
      447 of Utuado.

   d) SEIZURE: In favor of the Commonwealth of Puerto
      Rico (Fondo del Seguro del Estado) Policy
      #91111-00135, workers insurance, against Dimas
      Heriberto Rodríguez Rodríguez and Carmen Rosa
      Rodríguez Rodríguez, Certification dated
      December 11, 2006, annotated on June 26, 2017
      at Karibe volume of Utuado, 35th and last
      inscription.

## VERIFICATION

I, JACQUELINE LAZÚ LABOY, of legal age, married, executive and resident of Humacao, Puerto Rico, in my capacity as Acting Director of the Loan Resolution Task Force of the United States Department of Agriculture, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1) My name and personal circumstances are stated above;

2) I subscribed this complaint as the legal and authorized representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4) Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligation subject of this foreclosure, or bought the property subject to said mortgage;

5) From the information available to me and based upon the documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6) I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Farm Service

7

Agency;

7) I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this 14 day of September, 2020.



JACQUELINE LAZÚ LABOY

## PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

a)     That defendant's party pays unto the United States the amounts claimed on this complaint;

b)     Or in default thereof that all legal right, title and interest which the defendants may have in the property described in this complaint and any building or improvement thereon be sold at public auction and that the monies due to the United States as alleged in the preceding paragraphs be paid out of the proceeds of said sale;

c)     That the defendants and all persons claiming or who may claim by, from or under them be absolutely barred and foreclosed from all rights and equity of redemption in and to said property;

d)     That if the proceeds of such sale be insufficient to cover

8

the amounts specified under paragraph 16 of this prayer, said defendant be adjudged to pay to the United States the total amount of money remaining unsatisfied to said paragraph (a) of this prayer, and execution be issued forthwith against said defendants for the payment of said deficiencies against any of the properties of said defendants;

e)   That if the proceeds of said sale exceed the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court subject to further orders from the Court;

f)   That once the property is auctioned and sold, the Clerk of this Court issue a writ addressed to the Registry of the Property ordering the cancellation of the foreclosed mortgage and of any other junior liens recorded therein;

g)   For such further relief as in accordance with law and equity may be proper.

In Guaynabo, Puerto Rico, this   day of          ,2020.


/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 9300
SAN JUAN, PR 00908
TEL.   787-751-5290
FAX.  787-751-6155
EMAIL: dcfilings@fortuno-law.com


1521.233

9

Forma FmHA 440-16 (S) PR
(Rev. 11-13-73)

**DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS**
**ADMINISTRACION DE HOGARES DE AGRICULTORES**

| CLASE DE PRESTAMO | |
|---|---|
| ☑ FO | ☐ RH |
| | ☐ NONFARM |
| | ☐ 504 |
| ☐ FO-NFE | ☐ RRH |
| ☐ SW(Ind.) | ☐ LH |
| ☐ RL | ☐ SURPLUS SALE |

PAGARE

| ESTADO |
|---|
| Puerto Rico |
| OFICINA LOCAL |
| Utuado |
| CASO NUM. |
| ▓▓▓▓▓▓ |

| FINANCE OFFICE USE ONLY | | | |
|---|---|---|---|
| F | LN | LC | IA |

Fecha 25 de agosto de , 19 76

**POR VALOR RECIBIDO**, el subscribiente (ya sea una o más personas, denominado en adelante "Prestatario") mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante el "Gobierno") en su oficina en.............Utuado.........

.........Puerto Rico..................................................... **LA SUMA PRINCIPAL DE**

......—CINCUENTA MIL DOLARES.—........ 00 /100 ......................................

**DOLARES ($** ........50,000.00......................... **)**, más **INTERESES** sobre el **PRINCIPAL**

**ADEUDADO al** ....—CINCO—.......... **POR CIENTO (** ......5....**%) ANUAL.** Dicho

**PRINCIPAL e INTERESES** serán **PAGADEROS** en los **SIGUIENTES** ............41........... *(Número de plazos)*
**PLAZOS** en o antes de las **SIGUIENTES FECHAS:**

$ ........884.00................................ en ....enero. 1ro.......... , 19 ...77.........., y

$ ......2,914.00............................ subsiguientemente al ....1ro. enero.. de cada año

hasta tanto el **PRINCIPAL** y sus **INTERESES** sean totalmente satisfechos excepto el **PAGO FINAL** de la deuda total aquí representada, de no haber sido satisfecho con anterioridad, vencerá y será **PAGADERO**

.....— — — CUARENTA — — — — ...... **(** .......40........ **) AÑOS** de la **FECHA** de este **PAGARE**. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos anterior.

Todo pago efectuado sobre cualquier deuda representada por este pagaré será aplicado en primer término a los intereses computados a la fecha de pago y luego al principal.

Pagos adelantados de los plazos estipulados, o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos o pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos utilizados, después de abonarse los intereses, se aplicarán a los últimos plazos del pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifica en el mismo.

Posición:

Forma FmHA 440-16 (S) PR
(Rev. 11-13-73)

--Modificada esta obligación mediante escritura pública número 150 otorgada en Utuado, Puerto Rico el día 4 de octubre de 1989. Se modifica el principal a $5,5618.83; vencerá a los 40 años de esta modificación y tasan el inmueble en $4,500.00
--Utuado, P.R. a 4 de octubre de 1989

NOTARIO PUBLICO

El Prestatario conviene en que el Gobierno en cualquier momento podrá negociar este pagaré y asegurar el pago del mismo, y en tal caso, aunque el Gobierno no sea el tenedor de dicho pagaré, el Prestatario continuará haciendo los pagos de principal e intereses al Gobierno, como agente cobrador del tenedor, según se especifican en éste.

Si este pagaré está en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor, o excepto para el pago final que podrá ser retenido por el gobierno y remitido al tenedor a base de pagos trimestrales o a base del plazo anual. La fecha efectiva de los pagos adelantados retenidos y remitidos por el Gobierno a base de plazo anual será la fecha del pago adelantado por el Prestatario y el Gobierno pagará al tenedor los intereses que se devenguen sobre dicho pago desde la fecha efectiva hasta la fecha consignada en el cheque del Tesoro remitido al tenedor.

El Prestatario, por la presente certifica que no puede obtener crédito suficiente de otras fuentes para financiar sus necesidades actuales a un tipo de interés y términos razonables, tomando en consideración los tipos y términos prevalecientes de fuentes privadas y cooperativas en o cerca de su comunidad, para préstamos con períodos de tiempo y propósitos similares, y que el préstamo aquí evidenciado se usará solamente para propósitos autorizados por el Gobierno.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario (a) operará personalmente dicha propiedad por sí mismo con su familia, como una finca si este préstamo es a dueño de finca (FO) o (b) ocupará y usará personalmente dicha propiedad si este es un préstamo de vivienda rural (RH) en un solar o finca no agrícola o en el caso de un préstamo de la Sección 504 de vivienda rural.

**CONVENIO DE REFINANCIAMIENTO:** Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa. Este párrafo y el que le precede no serán aplicables al co-deudor que firme este pagaré de acuerdo a lo previsto en la Sección 502 de la Ley de Hogares de 1949, para compensar cualquier deficiencia en la habilidad de pago del (los) otro(s) compareciente(s).

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario a o asegurada por el Gobierno o garantizando o en cualquier otra forma relacionada con dicha deuda; e incumplimiento bajo cualquier otro de dicho instrumento constituirá incumplimiento bajo los términos de este documento.

**COMETIDO CUALQUIER INCUMPLIMIENTO:** El Gobierno, a su opción, podrá declarar inmediatamente toda o parte de dicha deuda vencida y pagadera.

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farmers Home Administration Act of 1961 si el apartado correspondiente a "FO", "FO-NFE", "RL" o "SW (Ind.)" ha sido marcado bajo el título "CLASE DE PRESTAMO", o conforme al Título V de la Ley de Hogares de 1949 si el apartado correspondiente a "RH", "RRH" o "LH" ha sido marcado. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, aviso y protesta son por la presente expresamente renunciados.

Dirección Postal del Prestatario

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) | B | O | X | | 8 | 1 | 2 | | | |
| (2) | U | T | U | A | D | O | | P | R | |
| (3) | | | | | | | | | | |
| (4) | | | | | | | | | | |

Zip Code  0 0 7 6 1

Pedro A. Maldonado Guzmán (PRESTATARIO)

Monserate Lugo (ESPOSA)

Páguese a la orden de _____

ESTADOS UNIDOS DE AMERICA
ADMINISTRACION DE HOGARES DE AGRICULTORES

Por: _____

_____
(Título)

J. C. Printing   — Agriculture

**FmHA Form 440-16 (S) PR**
**(Rev. 11-13-73)**

### UNITED STATES DEPARTMENT OF AGRICULTURE
### FARMERS HOME ADMINISTRATION
### PROMISSORY NOTE

TYPE OF LOAN
Type: FO

STATE: PUERTO RICO
OFFICE: UTUADO
CASE NUMBER: ████████████

Date: August 25, 1976

FOR VALUE RECEIVED, the undersigned (whether one or more persons, hereinafter referred to as the "Borrower"), jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), at its offices in UTUADO, PUERTO RICO, the principal sum of FIFTY THOUSAND DOLLARS ($50,000.00), plus interest on the unpaid principal of FIVE PERCENT (5 %) PER ANNUM.  Said principal and interest shall be paid in FORTY-ONE installments as indicated in the box below:

$884.00 on JANUARY FIRST, 1977, and $2,914.00 on the FIRST of every JANUARY of EACH YEAR thereafter until PRINCIPAL and INTEREST are fully paid, except that the FINAL INSTALLMENT of this debt, unless it is paid previously, shall be due and PAYABLE FORTY (40) YEARS from the DATE of this PROMISSORY NOTE.  These provisions shall support any agreement modifying the previous schedule of payments.

Every payment made on any debt represented by this promissory note shall be applied first to interest computed on the effective date of the payment, and then to the principal.

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the option of the Borrower.  Refunds and extra payments, as defined in regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein.

This obligation was modified by public deed number 150 executed in Utuado, Puerto Rico on October 4, 1989. Principal is modified to $51,608.83; due and payable in 40 years from this modification and the property is herein valued in [illegible amount].
Utuado, Puerto Rico October 4, 1989.

[Signature]
Notary Public

herein.

If this note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except the final payment, or such payments shall be retained by the Government and transferred to the holder either on a quarterly payment basis or on an annual installment due date basis.  The effective date of any advance payment retained and

transferred by the Government to the holder on an annual installment due date basis shall be the date of Borrower's advance payment, and the Government shall pay the interest to which the holder is entitled, accruing between the effective date of any such advance payment and the date of the Treasury check paid to the holder.

Borrower hereby certifies that he is unable to obtain sufficient credit elsewhere to finance his current needs at reasonable rates and terms, taking into consideration prevailing rates and terms from private and cooperative sources in or near his community for loans with similar purposes and time periods, and that the loan herein described shall be used solely for purposes authorized by the Government.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan herein described shall not be voluntarily leased, surrendered, sold, transferred, or mortgaged, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, Borrower: (a) will personally manage said property with his family, as a farm if this is a Farm Owner (FO) loan, or: (b) will personally occupy and use said property if this is a Rural Housing (RH) loan for an ancestral home, or in case of a Section 504 Rural Housing loan.

REFINANCING AGREEMENT: If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary shares. This paragraph and the preceding paragraph shall not apply to any co-debtor signing this note pursuant to section 502 of the Housing Act of 1949, to compensate for deficient repayment ability of other undersigned person(s).

DEFAULT: Failure to pay any debt described herein, or failure to comply with any condition or agreement shall constitute default under any other instrument describing a Borrower's debt insured or guaranteed by the Government, or in any other way related to such debt; and default under any other instrument shall constitute default under the terms of this document. UPON ANY SUCH DEFAULT, the Government, at its discretion, may declare all or part of such debt due and payable immediately.

This note is granted as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farmers Home Administration Act of 1961 if the section named "FO", "FO-NFE", "RL" or "SW Ind)" herein has been marked under the title "TYPE OF LOAN"; or pursuant to the Title V of the Housing Act of 1949 if the section named "RH", "RRH" or "LH" in the box mentioned above has been marked. This note is subject to present Farmers Home Administration regulations and to any future regulations, which are not inconsistent with the provisions herein described.

Presentation, protest, and notice are hereby expressly waived.

Borrower's mailing address

1)

| B | O | X |   | 8 | 1 | 2 |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U | T | U | A | D | O |   | P | R |   |   |   |
|   |   |   |   |   |   |   |   |   | 0 | 0 | 7 | 6 | 1 |
|   |   |   |   |   |   |   |   |   |   |   |   |

2)

Guzman

3)

4)

Monserata Lugo (SPOUSE)

[Signature]
Pedro A. Maldonado

(BORROWER)
[Signature]

Pay to the order of _____

UNITED STATES OF AMERICA
FARMERS HOME ADMINISTRATION

By:

_____
(Position)

# **CERTIFICATE**

I hereby certify that the attached Promissory Note is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 15th of September of 2007.

Nicole Harris
*Professional Translator and Interpreter*

WITNESS my hand and official seal hereto affixed this 15th of September of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/2010

3

EXHIBIT 2

Forma FHA-427-1 PR
10/61

----------------NUMERO  CIENTO UNO----------------

----------------HIPOTECA VOLUNTARIA----------------

En la ciudad de Utuado, Puerto Rico, a veinticinco
de agosto de mil novecientos setenta y seis--------

----------------------ANTE MI-----------------------

----------------LUIS PEREZ MATOS--------------------

Abogado y Notario Público de esta Isla con residen--
cia y vecindad en  ---Utuado---  y oficina en dicha
ciudad----------------------------------------------

----------------------COMPARECEN--------------------

Las personas nombradas en el párrafo DUODECIMO de---
esta hipoteca denominados de aquí en adelante el ---
"deudor hipotecario" y cuyas circunstancias persona-
les aparecen de dicho párrafo.----------------------
Doy fe del conocimiento personal de los comparecien-
tes, así como por sus dichos de su edad, estado ci--
vil, profesión y vecindad.--------------------------
Aseguran hallarse en el pleno goce de sus derechos--
civiles, la libre administración de sus bienes y te-
niendo a mi juicio la capacidad legal necesaria para-
este otorgamiento,----------------------------------

----------------------EXPONEN-----------------------

PRIMERO: El deudor hipotecario es dueño de la finca
o fincas descritas en el párrafo UNDECIMO así como de
todos los derechos e intereses en las mismas, denomi
nada de aquí en adelante "los bienes".--------------
SEGUNDO: Que los bienes aquí hipotecados están afec
tos a los gravámenes que se especifican en el párra-
fo UNDECIMO.----------------------------------------
TERCERO: Que el deudor hipotecario viene obligado--



Forma FmHA-427-1 PR
10/61

para con Estados Unidos de América, actuando por conducto---
de la Administración de Hogares de Agricultores, denominado
de aquí en adelante el "acreedor hipotecario", en relación
con un préstamo o préstamos evidenciado por uno o más-------
pagarés o convenio de subrogación, denominado en adelante--
el "pagaré", sean uno o más.  Se requiere por el Gobierno--
que se hagan pagos adicionales mensuales de una doceava----
parte de las contribuciones, avaluos (impuestos), primas---
de seguros y otros cargos que se hayan estimados sobre la--
propiedad hipotecaria.--------------------------------------.

CUARTO:  Se sobreentiende que:------------------------------

(Uno)  El pagaré evidencia un préstamo o préstamos al-------
deudor hipotecario por la suma de principal especificada en-
el mismo, concedido con el propósito y la intención de que--
el acreedor hipotecario puede ceder el pagaré en cualquier--
tiempo y asegurar su pago de conformidad con el Acta de-----
mil novecientos sesenta y uno consolidando la Administra----
ción de Hogares de Agricultores o el Título Quinto de la----
Ley de Hogares de mil novecientos cuarenta y nueve, según---
ha sido enmendada.------------------------------------------

(Dos)  Cuando el pago del pagaré es garantizado por el------
acreedor hipotecario, puede ser cedido de tiempo en tiempo--
y cada tenador de dicho pagaré a su vez será el prestamista-
asegurado.--------------------------------------------------

(Tres)  Cuando el pago del pagaré es asegurado por el-------
acreedor hipotecario, el acreedor hipotecario otorgará y----
entregará al prestamista asegurado conjuntamente con el-----
pagaré un endoso de seguro garantizando totalmente el pago--
de principal e intereses de dicho pagaré.-------------------

(Cuatro)  En todo tiempo que el pago del pagaré este--------
asegurado por el acreedor hipotecario, el acreedor----------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------

-2-

FORMA FmHA 427-1 PR

Forma FmHA-427-1 PR
10/61

hipotecario, por convenio con el prestamista asegu-
rado, determinarán en el endoso de seguro la por---
ción del pago de intereses del pagaré que será de--
signada como "cargo anual".------------------------

(Cinco)  Una condición del aseguramiento de pago---
del pagaré será de que el tenedor cederá todos sus-
derechos y remedios contra el deudor hipotecario y-
cualquiera otro en relación con dicho préstamo asi--
como también a los beneficios de esta hipoteca y --
aceptará en su lugar los beneficios del seguro, y -
en caso de violación de cualquier convenio o estipu
lación aquí contenida o en el pagaré o en cualquier
convenio suplementario por parte del deudor hipote-
cario, a requerimiento del acreedor hipotecario en-
dosará el pagaré al acreedor hipotecario.----------

(Seis)  Entre otras cosas, es el propósito e inten-
ción de esta hipoteca, que en todo tiempo cuando el
pagaré esté en poder del acreedor hipotecario, o en
el caso en que el acreedor hipotecario ceda esta hi-
poteca sin asegurar el pagaré, esta hipoteca garanti
zará el pago del pagare pero cuando el pagaré esté--
en poder de un prestamista asegurado, esta hipoteca-
no garantizará el pago del pagaré o formará parte de
la deuda evidenciada por el mismo, pero en cuanto al
pagaré y a dicha deuda, constituirá una hipoteca de-
indemnización para garantizar al acreedor hipotecario
contra cualquier pérdida bajo el endoso de seguro---
por causa de cualquier incumplimiento por parte del-
deudor hipotecario.--------------------------------

QUINTO:  Que en consideración al préstamo y (a) en--

-8-

Forma FmHA-427-1 PR
10/61

todo tiempo que el pagaré sea conservado por el ----
acreedor hipotecario o en el caso de que el acreedor
hipotecario ceda la presente hipoteca sin el seguro
del pago del pagaré y en garantía del importe del---
pagaré según se especifica en el subpárrafo (Uno)---
del párrafo NOVENO con sus intereses al tipo estipu-
lado y para asegurar el pronto pago de dicho pagaré,
su renovación o extensión y cualquier convenio con--
tenido en el mismo, (b) en todo tiempo que el pagaré
sea poseído por el prestamista asegurado en garantía
de las sumas especificadas en el subpárrafo (Dos)---
del párrafo NOVENO aquí consignado, para garantizar-
el cumplimiento del convenio del deudor hipotecario-
de indemnizar y conservar libre al acreedor hipoteca
rio contra pérdidasbajo el endoso de seguro por ----
razón de incumplimiento del deudor hipotecario, y --
(c) en cualquier caso y en todo tiempo en garantía--
de las sumas adicionales consignadas en el subpárra-
fo (Tres) del párrafo NOVENO de este instrumento y--
para asegurar el cumplimiento de todos y cada uno---
de los convenios y estipulaciones del deudor hipote-
cario aquí contenidos o en cualquier otro convenio--
suplementario, el deudor hipotecario por la presente
constituye hipoteca voluntaria a favor del acreedor-
hipotecario sobre los bienes descritos en el párrafo
UNDECIMO más adelante, así como sobre los derechos,
intereses, servidumbres, derechos hereditarios, ad-
hesiones pertenecientes a los mismos, toda renta.--
réditos, beneficios de los mismos, y todo producto
e ingreso de los mismos, toda mejora o propiedad ---

-4-

FORMA FmHA-427-1 PR

Forma FmHA-427-1 PR
10/61

personal en el presente o que en el futuro se adhie
ra o que sean razonablemente necesarias para el uso
de los mismos, sobre las aguas, los derechos de agua
o acciones en los mismos, pertenecientes a las fin-
cas o a todo pago que en cualquier tiempo se adeude
al deudor hipotecario por virtud de la venta, arren-
damiento, transferencia, enajenación o expropiación
total o parcial de o por daños a cualquier parte de
las mismas o a los intereses sobre ellas, siendo en
tendido que este gravámen quedará en toda su fuerza
y vigor hasta que las cantidades especificadas en---
el párrafo NOVENO con sus intereses antes y después
del vencimiento hasta que los mismos hayan sido pa-
gados en su totalidad.  En caso de ejecución, los--
bienes responderán del pago del principal, los inte-
reses antes y después de vencimiento, hasta su total
solvento, pérdida sufrida por el acreedor hipoteca--
rio como asegurador del pagaré, contribuciones, pri
ma de seguro o cualquier otro desembolso o adelanto
por el acreedor hipotecario por cuenta del deudor --
hipotecario con sus intereses hasta que sean pagados
al acreedor hipotecario, costas, gastos y honorarios
de abogado del acreedor hipotecario, toda extensión-
o renovación de dichas obligaciones con intereses---
sobre todas y todo otro cargo o suma adicional espe-
cificada en el párrafo NOVENO de este documento.----
SEXTO:  El deudor hipotecario expresamente conviene-
lo siguiente:--------------------------------------
    Pagar al acreedor hipotecario prontamente a -
su vencimiento cualquier deuda aquí garantizada e --



-5-

Forma FmHA-427-1 I
10/61

indemnizar y conservar libre de pérdida al acreedor-
hipotecario bajo el seguro del pago del pagaré por--
incumplimiento del deudor hipotecario. En todo tiem
po cuando el pagaré sea poseído por el prestamista--
asegurado, el deudor hipotecario continuará haciendo
los pagos contra dicho pagaré al acreedor hipoteca--
rio como agente cobrador del tenedor del mismo.------

(Dos) A pagar al acreedor hipotecario una cuota ini
cial por inspección y tasación y cualquier cargo por
delincuencia requerido en el presente o en el futuro
por los reglamentos de la Administración de Hogares-
de Agricultores.-------------------------------------

(Tres) En todo tiempo cuando el pagaré sea poseído
por un prestamista asegurado, cualquier suma adeuda-
da y no pagada bajo los términos del pagaré, menos--
la cantidad o carga anual, podrá ser pagada por el--
acreedor hipotecario al tenedor del pagaré bajo los
términos provistos en el pagaré y en el endoso de --
seguro referido en el párrafo CUARTO anterior por --
cuenta del deudor hipotecario.----------------------
Cualquier suma vencida y no pagada bajo los términos
del pagaré, sea este poseído por el acreedor hipote-
cario o por el prestamista asegurado, podrá ser ---
acreditada por el acreedor hipotecario al pagaré y--
en su consecuencia constituirá un adelanto por el --
acreedor hipotecario por cuenta del deudor hipoteca-
rio.------------------------------------------------
Cualquier adelanto por el acreedor hipotecario tal--
como se describe en este subpárrafo devengará intere
ses a razón del ---cinco--- por ciento ( 5 %) anual

-6-

FORMA FmHA 427-2 PR

a partir de la fecha en que venció el pago hasta la-

fecha en que el deudor hipotecario lo satisfaga.----

(Cuatro) Fuere o no el pagaré asegurado por el acree

dor hipotecario, cualquier o todo adelanto hecho por

el acreedor hipotecario para prima de seguro, repara

ciones, gravámenes u otra reclamación en protección-

de los bienes hipotecados o para contribuciones o --

impuestos u otro gasto similar por razón de haber el

deudor hipotecario dejado de pagar por los mismos,--

devengará intereses a razón del tipo estipulado en--

el subpárrafo anterior desde la fecha de dichos ade-

lantos hasta que los mismos sean satisfechos por el-

deudor hipotecario.---------------------------------

(Cinco) Todo adelanto hecho por el acreedor hipote-

cario descrito en esta hipoteca con sus intereses --

vencerá inmediatamente y será pagadero por el deudor

hipotecario al acreedor hipotecario sin necesidad de

requerimiento alguno en el sitio designado en el pa-

garé y será garantizado por la presente hipoteca.---

Ningún adelanto hecho por el acreedor hipotecario no

relevará al deudor hipotecario de su violación del--

convenio de pagar. Dichos adelantos, con sus intere

ses, se reembolsarán de los primeros pagos recibidos

del deudor hipotecario. Si no hubieren adelantos,--

todo pago verificado por el deudor hipotecario podrá

ser aplicado al pagaré o a cualquier otra deuda del-

deudor hipotecario aquí garantizada en el orden que-

el acreedor hipotecario determinare.---------------

(Seis) Usar el importe del préstamo evidenciado por

el pagaré únicamente para los propósitos autorizados

-7-

por el acreedor hipotecario.---------------------------

(Siete)  A pagar a su vencimiento las contribuciones

impuestos especiales, gravámenes y cargas que graven

los bienes o los derechos o intereses del deudor hi-

potecario bajo los términos de esta hipoteca.--------

(Ocho)  Obtener y mantener seguro contra incendio y

otros riesgos según requiera el acreedor hipotecario

sobre los edificios y las mejoras existentes en los-

bienes o cualquier otra mejora introducida en el fu-

turo.  El seguro contra fuego y otros riesgos serán-

en la forma y por las cantidades, términos y condi-

ciones que aprobare el acreedor hipotecario.--------

(Nueve)  Conservar los bienes en buenas condiciones-

y prontamente verificar las reparaciones necesarias

para la conservación de los bienes; no cometerá ni--

permitirá que se cometa ningún deterioro de los bie-

nes; ni removerá ni demolerá ningún edificio o mejo-

ra en los bienes, ni cortará ni removerá madera de-

la finca, ni removerá ni permitirá que se remueva--

grava, arena, aceite, gas, carbón u otros minerales-

sin el consentimiento del acreedor hipotecario y --

prontamente llevará a efecto las reparaciones en los

bienes que el acreedor hipotecario requiera de tiem-

po en tiempo.  El deudor hipotecario cumplirá con--

aquellas prácticas de conservación de suelo y los -

de la finca y del hogar que el acreedor hipo

tecario de tiempo en tiempo pueda prescribir.-------

(Diez)  Si esta hipoteca se otorga para un préstamo

a dueño de finca según se identifica en los regla--

mentos de la Administración de Hogares de Agriculto

res, el deudor hipotecario personalmente operará --
los bienes por sí y por medio de su familia como una
finca y para ningún otro propósito y no arrendará--
la finca ni parte de ella a menos que el acreedor--
hipotecario consienta por escrito en otro método de
operación o al arrendamiento.------------------------

(Once)  Someterá en la forma y manera que el acree-
dor hipotecario requiera la información de sus in-
gresos y gastos y cualquier otra información relacio
nada con la operación de los bienes y cumplirá con-
todas las leyes, ordenanzas y reglamentos que afec--
ten los bienes o su uso.-----------------------------

(Doce)  El acreedor hipotecario, sus agentes y abo-
gados, tendrán en todo tiempo el derecho de inspec--
cionar y examinar los bienes con el fin de determi--
nar si la garantía otorgada está siendo mermada o de
teriorada, y si dicho examen o inspección determina-
re, a juicio del acreedor hipotecario, que la garan-
tía otorgada está siendo mermada o deteriorada, tal-
condición se considerará como una violación por par-
te del deudor hipotecario de los convenios de esta--
hipoteca.--------------------------------------------

(Trece)  Si cualquier otra persona detentare con o--
impugnare el derecho de posesión del deudor hipoteca
rio a los bienes, el deudor hipotecario inmediatamen
te notificará al acreedor hipotecario de dicha ac---
ción y el acreedor hipotecario, a su opción, podrá--
instituir aquellos procedimientos que fueren necesa-
rios en defensa de sus intereses y los gastos y desem
bolsos incurrido por el acreedor hipotecario en ----

-9-

dichos procedimientos, serán cargados a la deuda del
deudor hipotecario y se considerarán garantizados--
por esta hipoteca dentro del crédito adicional de la
cláusula hipotecaria para adelantos, gastos y otros-
pagos.----------------------------------------------

(Catorce)  Si el deudor hipotecario en cualquier ---
tiempo mientras estuviere vigente esta hipoteca, ---
abandonare los bienes o voluntariamente se los entre
gase al acreedor hipotecario, el acreedor hipoteca--
rio es por la presente autorizado y con poderes para
tomar posesión de los bienes, arrendarlos y adminis-
trar los bienes y cobrar sus rentas, beneficios e---
ingresos de los mismos y aplicarlos en primer térmi-
no a los gastos de cobro y administración y en segun
do término al pago de la deuda evidenciada por el---
pagaré o cualquier otra deuda del deudor hipotecario
y aquí garantizada, en el orden y manera que el ----
acreedor hipotecario determinare.--------------------

(Quince)  En cualquier tiempo que el acreedor hipote
cario determinare que el deudor hipotecario puede --
obtener un préstamo de una asociación de crédito ---
para producción, de un Banco Federal u otra fuente--
responsable, cooperativa o privada, a un tipo de in-
terés y términos razonables para préstamos por tiem-
po y propósitos similares, el deudor hipotecario, a
requerimiento del acreedor hipotecario, solicitará--
y aceptará dicho préstamo en cantidad suficiente ---
para satisfacer el pagaré y cualquier otra deuda ---
aquí garantizada y pagar por las acciones necesarias
en la agencia cooperativa en relación con dicho ----

préstamo.------------------------------------------------

(Dieciseis)  El incumplimiento de cualesquiera de---
las obligaciones garantizadas por esta hipoteca, o-
si el deudor hipotecario o cualquier otra persona--
incluída como deudor hipotecario faltare en el pago
de cualquier cantidad o violare o no cumpliere con-
cualquier cláusula, condición, estipulación o conve
nio o acuerdo aquí contenido o en cualquier conve--
nio suplementario, o falleciere o se declarare o --
fuere declarado incompetente, en quiebra, insolven-
te o hiciere una cesión en beneficio de sus acreedo
res, o los bienes o parte de ellos o cualquier inte
rés en los mismos fueren cedidos, vendidos, arrenda
dos, transferidos o gravados voluntariamente o de--
otro modo, sin el consentimiento por escrito del --
acreedor hipotecario, el acreedor hipotecario es --
irrevocablemente autorizado y con poderes, a su op-
ción y sin notificación:  (Uno) a declarar toda deu
da no pagada bajo los términos del pagaré o cual---
quier otra deuda al acreedor hipotecario aquí garan
tizada, inmediatamente vencida y pagadera y proce--
der a su ejecución de acuerdo con la ley y los tér-
minos de la misma; (Dos) incurrir y pagar los gas--
tos razonables para la reparación o mantenimiento--
de los bienes y cualquier gasto u obligación que el
deudor hipotecario no pagó según se conviniere en -
hipoteca, incluyendo las contribuciones, im---
puestos, prima de seguro y cualquier otro pago o --
gasto para la protección y conservación de los bie-
nes y de esta hipoteca o incumplimiento de cualquier

-11-

precepto de esta hipoteca y (Tres) de solicitar la

protección de la ley.--------------------------------

(Diecisiete) El deudor hipotecario pagará o reembol

sará al acreedor hipotecario todos los gastos necesa

rios para el fiel cumplimiento de los convenios y---

acuerdos de esta hipoteca, los del pagaré y en cual

quier otro convenio suplementario, incluyendo los---

gastos de mensura, evidencia de título, costas, ins-

cripción y honorarios de abogado.--------------------

(Dieciocho) Sin afectar en forma alguna los dere---

chos del acreedor hipotecario para requerir y hacer-

cumplir en cualquier fecha posterior los convenios,-

acuerdos u obligaciones aquí contenidas o similares-

u otros convenios y sin afectar la responsabilidad--

de cualquier persona para el pago del pagaré o cual-

quier otra deuda aquí garantizada y sin afectar el--

gravámen impuesto sobre los bienes o la prioridad --

del gravámen, el acreedor hipotecario es por la pre-

sente autorizado y con poder en cualquier tiempo ---

(Uno) renunciar el cumplimiento de cualquier conve--

nio u obligación aquí contenida o en el pagaré o en-

cualquier convenio suplementario; (Dos) negociar con

el deudor hipotecario o conceder al deudor hipoteca-

rio cualquier indulgencia o tolerancia o extensión--

de tiempo para el pago del pagaré (con el consenti--

miento del tenedor de dicho pagaré cuando esté en --

manos de un prestamista asegurado) o para el pago---

de cualquier deuda a favor del acreedor hipotecario,

aquí garantizada; o (Tres) otorgar y entregar can-

celaciones parciales de cualquier parte de los bie--

Forma FmHA-427-1 PR
10/61

nes de la hipoteca aquí constituída u otorgar dife-
rimiento o postergación de esta hipoteca a favor de
cualquier otro gravámen consdituído sobre dichos --
bienes.------------------------------------------------

(Diecinueve)  Todos los derechos, título e interes--
en y sobre la presente hipoteca, incluyendo pero no-
limitando el poder de otorgar consentimientos, can--
celaciones parciales, subordinación, cancelación to-
tal, radica sola y exclusivamente en el acreedor hi-
potecario y ningún prestamista asegurado tendrá de--
recho, título o interés alguno en o sobre el gravá--
men y los beneficios aquí contenidos.----------------

(Veinte)  El incumplimiento de esta hipoteca consti-
tuirá incumplimiento de cualesquiera otra hipoteca,
préstamo refaccionario, o hipoteca de bienes muebles
poseída o asegurada por el acreedor hipotecario y --
otorgada o asumida por el deudor hipotecario; y el--
incumplimiento de cualesquiera de dichos instrumen--
tos de garantía constituirá incumplimiento de esta--
hipoteca.----------------------------------------------

(Veintiuno)  Todo aviso que haya de darse bajo los--
términos de esta hipoteca será remitido por correo--
certificado a menos que se disponga lo contrario por
ley, y será dirigido hasta tanto otra dirección sea-
lnada en un aviso dado al efecto, en el caso del
acreedor hipotecario a Administración de Hogares de-
Agricultores, Departamento de Agricultura de Estados
Unidos, San Juan, Puerto Rico, y en el caso del deu-
dor hipotecario, a el a la dirección postal de su --
residencia según se especifica más adelante.---------

-13-

(Veintidos) El deudor hipotecario por la presente--cede al acreedor hipotecario el importe de cualquier sentencia obtenido por expropiación forzosa para uso público de los bienes o parte de ellos así como también el importe de la sentencia por daños causados--a los bienes. El acreedor hipotecario aplicará el--importe que reciba al pago de los gastos en que in--curriere en su cobro y el balance al pago del pagaré y cualquier deuda al acreedor hipotecario garantiza-da por esta hipoteca, y si hubiere algún sobrante,--se reembolsará al deudor hipotecario.----------------

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmendada, el deudor hipotecario por la presente tasa los bienes hipotecados en la suma de CINCUENTA MIL DOLARES ($50,000.00)-------------------------



OCTAVO: El deudor hipotecario por la presente renun cia al trámite de requerimiento y se considerará en-mora sin necesidad de notificación alguna por parte-del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Administración de Hogares de Agricultores ahora en vigor y a futuros reglamentos, no inconsistentes con los términos de esta hipoteca, así como también sujeta a las leyes del Congreso de Estados Unidos de América que autorizan la asigna---ción y aseguramiento del préstamo antes mencionado.--

NOVENO: Las cantidades garantizadas por esta hipote ca son las siguientes:-----------------------------

-14-

Forma FmHA-427-1 PR
10/61

Una.  En todo tiempo cuando el pagaré relacionado en
el párrafo TERCERO de esta hipoteca sea poseído por
el acreedor hipotecario o en caso que el acreedor hi
potecario cediere esta hipoteca sin asegurar el paga
rén- **CINCUENTA MIL** - - - - - - - - - - - - - -
- - - - - - - - - - - - - DOLARES ($**50,000.00** --
el principal de dicho pagaré, con sus intereses se--
gún estipulados a razón del **cinco** por ciento-
(**5** %) anual;-------------------------------------
Dos.  En todo tiempo cuando el pagaré es poseído por
un prestamista asegurado:----------------------------
(A)   **CINCUENTA MIL** - - - - - - - - - - - - - - -
- - - - - - - - - - - - DOLARES ($**50,000.00** --
para indemnizar al acreedor hipotecario por adelan--
tos al prestamista asegurado por motivo del incumpli
miento del deudor hipotecario de pagar los plazos --
según se especifica en el pagaré, con intereses se--
gún se especifica en el párrafo SEXTO, Tercero;-----
(B)   **SETENTA Y CINCO MIL** - - - - - - - - - - - -
- - - - - - - - - - - - DOLARES ($**75,000.00** --
para indemnizar al acreedor hipotecario además contra
cualquier pérdida que pueda sufrir bajo su seguro de
pago del pagaré;-------------------------------------
Tres.  En cualquier caso y en todo tiempo:-----------
(A)   **DIEZ MIL** - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - DOLARES ($**10,000.00**) --
a intereses después de mora;------------------------
**DIEZ MIL** - - - - - - - - - - - - - - -
- - - - - - - - - - - - DOLARES ($**10,000.00**) --
para contribuciones, seguro y otros adelantos para--

-15-

FORMA FmHA 427-1 PR

Forma FmHA-427-1 PR
10/61

la conservación y protección de esta hipoteca, con--

intereses al tipo estipulado en el párrafo SEXTO, --

Tercero;----------------------------------------------

(C)   CINCO MIL- - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - DOLARES ($ 5,000.00)--

para costas, gastos y honorarios de abogado en caso-

de ejecución;----------------------------------------

(D)   CINCO MIL- - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - DOLARES ($ 5,000.00)--

para costas y gastos que incurriere el acreedor hipo

tecario en procedimientos para defender sus intereses

contra cualquier persona que intervenga o impugne el

derecho de posesión del deudor hipotecario a los bie

nes según se consigna en el párrafo SEXTO, Trece.---

DECIMO:  Que el (los) pagaré(s) a que se hace refe--

rencia en el párrafo TERCERO de esta hipoteca es(son)

descrito(s) como sigue:-------------------------------

Pagaré otorgado en el caso número ████ y ████ gui-

ón ████ guión ████████████████████

████████████████████████████

(████████████), fechado hoy díaveinticinco ded

agosto de mil novecientos setentiseis   por la suma de

CINCUENTA MIL DOLARES ($50,000.00) de principal con

intereses sobre el balance de principal adeudado a

razón del cinco por ciento (5%) anual.  Dicho princi-

pal e intereses serán pagaderos en los siguientes --

plazos en o antes de las siguientes fechas: OCHO-

CIENTOS OCHENTA Y CUATRO DOLARES ($884.00)----------

en enero primero de mil novecientos sétenta y siete

Agriculture - Jev Co. Printing

-16-

FORMA FmHA 427-1 PR

y DOS MIL NOVECIENTOS CATORCE DOLARES ($2,914.00) --
anualmente cada enero primero subsiguiente hasta --
tanto el principal y sus intereses sean totalmente
satisfechos, excepto el pago final de la deuda total
aquí representada, de no haber sido satisfecho con
anterioridad vencerá y será pagadero a los cuarenta
(40) años de la fecha del pagaré.----------------------

Dicho pagaré ha sido otorgado como evidencia de un
préstamo por el Gobierno al prestatario de conformi-
dad con la Ley del Congreso de Estados Unidos de --
América denominada Consolidated Farmers Home Adminis-
tration Act of nineteen sixty one o de conformidad --
con la Ley de Hogares de mil novecientos cuarentinue-
ve, según han sido enmendadas y está sujeto a los pre-
sentes reglamentos no inconsistentes con dicha Ley.---

UNDECIMO: Descripción de los bienes------------------

RUSTICA: Finca sita en el Barrio DON ALONSO, térmi-
no municipal de Utuado, lugar denominado "Las Cuevas"
compuesta de VEINTIOCHO CUERDAS más o menos, equiva-
lentes a once hectáreas, cincuenta y una centiáreas
y veinte miliáreas más o menos de terreno quebrado,
con plantaciones de café, plátanos y palmas de ya-
guas, conteniendo una casa de madera con techo de --
sinc y tres bohíos. LINDA: al Norte, con tierras -
de Manuel Candelaria Viruet; al Este, con la parcela
de Pío Rivera; y al Sur y Oeste, con terrenos de la
sucesión de Miguel Roses Artau.----------------------

TITULO: Adquirió el deudor hipotecario los bienes
descritos por compra a los esposos Ismael Guzmán Ca-
bán y Rosalina Rodríguez según escritura otorgada an-
te el fedatario con esta misma fecha, pendiente de
inscripción en el Registro de la Propiedad pero la
misma figura inscrita al folio diecisiete (17) del -
tomo doscientos noventa y siete (297), finca número
veintitres (23), inscripción vigésima octava.-------

CARGAS:  Asegura el deudor hipotecario que los bie-
nes descritos se encuentran libre de cargas o graváme-
nes----------------------------------------------------------

DUODECIMO:  Don PEDRO A. MALDONADO GUZMAN y su espo-
sa doña MONSERRATE LUGO, mayores de edad, agricultor
él, ama de casa ella y vecinos de Utuado, Puerto Ri-
co, cuya dirección postal es "Apartado 812 – Utuado,
Puerto Rico 00761".-----------------------------------

DECIMO TERCERO:  El importe del préstamo aquí consig-
nado se usó o será usado para fines agrícolas y la –
construcción y/o reparación y/o mejoras de las insta-
laciones físicas en la finca descrita.  La estructu-
ra a construirse o mejorarse se describe de la si-
guiente manera:  Casa vivienda en hormigón armado mi-
diendo cuarenta y siete pies por veinticuatro pies.--

DECIMO CUARTO:  Esta hipoteca se extiende expresamen-
te a toda construcción o edificación existente en la
finca antes descrita y a toda mejora, construcción o
edificación que se construya en dicha finca durante
la vigencia del préstamo hipotecario constituido a –
favor del Gobierno, verificada por los actuales due-
ños deudores o por sus cesinarios o causahabientes.

DECIMO QUINTO:  El deudor hipotecario por la presen-
te renuncia mancomunada y solidariamente por sí y a
nombre de sus herederos, causahabientes, sucesores o
representantes a favor del acreedor hipotecario (Ad-
ministración de Hogares de Agricultores) cualquier –
derecho de Hogar Seguro (Homestead) que en el presen-
te o en el futuro pudiera tener en la propiedad des-
crita en el párrafo UNDECIMO y en los edificios allí

enclavados o que en el futuro fueran construídos; re-
nuncia que está permitida a favor de la Administra-
ción de Hogares de Agricultores por la ley número -
trece del veintiocho de mayo de mil novecientos se-
senta y nueve (31 L. P. R. A. 1851).————————

Los otorgantes aceptan la presente escritura en la
forma redactada por ser conforme a lo convenido; Yo,
el Notario, híceles las advertencias legales perti-
nentes y bien impuestos de ellas así la otorgan y -
firman, estampando además sus iniciales al margen de
todos y cada uno de sus folios. Previa lectura que
a ambos híce en alta voz y en un solo acto de esta
escritura porque renunciaron el derecho a leerla por
si mismos, el cual les adverti tenían; Yo, el Nota-
rio, de todo lo consignado en este instrumento públi-
co, al cual cancelaré el sello de impuesto notarial
del Colegio de Abogados de Puerto Rico, DOY FE.————

FIRMADOS: Pedro A. Maldonado Guzmán————————Monserra-
te Lugo————————Firmado, signado, rubricado y sellado:
LUIS PEREZ MATOS————————————————————————————————

———Hay cancelado el sello de impuesto notarial del Co-
legio de Abogados en la escritura matriz.——————————

CERTIFICO: Que la precedente es una copia fiel y exac
ta de su original obrante en mi protocolo notarial de
instrumentos públicos del corriente año a que me remit
Y para entregar a la Administración de Hogares de Agri
cultores expido esta primera copia certificada hoy día
de su otorgamiento.—————————————————————————



Notario Público



Inscrito al folio 18 del tomo 297 de Utuado, finca 23 — inscripción 29ª. Se halla afecta a la hipoteca constituida en virtud de este documento. Utuado a 27 de agosto de 1976.

Sin derechos

José M. de Figueroa
Registrador

Registro de la Propiedad
SECCION DE
UTUADO

Verified on 6/24/71
Felipe Ortiz

CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married and resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under peñalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico ---------------

Juan M. Ortiz Serbiá
State Executive Director

Forma FHA-427-1 PR
10/61

---------------NUMERO   CIENTO UNO---------------

---------------HIPOTECA VOLUNTARIA---------------

En la ciudad de Utuado, Puerto Rico, a veinticinco
de agosto de mil novecientos setenta y seis---------

---------------ANTE MI---------------

---------------LUIS PEREZ MATOS---------------

Abogado y Notario Público de esta Isla con residen--
cia y vecindad en   --Utuado--   y oficina en dicha
ciudad---------------------------------------------

---------------COMPARECEN---------------

Las personas nombradas en el párrafo DUODECIMO de---
esta hipoteca denominados de aquí en adelante el ---
"deudor hipotecario" y cuyas circunstancias persona-
les aparecen de dicho párrafo.----------------------
Doy fe del conocimiento personal de los comparecien-
tes, así como por sus dichos de su edad, estado ci--
vil, profesión y vecindad.--------------------------
Aseguran hallarse en el pleno goce de sus derechos--
civiles, la libre administración de sus bienes y te-
niendo a mi juicio la capacidad legal necesaria para-
este otorgamiento.----------------------------------

---------------EXPONEN---------------

PRIMERO:  El deudor hipotecario es dueño de la finca
o fincas descritas en el párrafo UNDECIMO así como de
todos los derechos e intereses en las mismas, denomi
nada de aquí en adelante "los bienes".--------------
SEGUNDO:  Que los bienes aquí hipotecados están afec
tos a los gravámenes que se especifican en el párra-
fo UNDECIMO.----------------------------------------
TERCERO:  Que el deudor hipotecario viene obligado--

Forma FmHA-427-1 PR
10/61

para con Estados Unidos de América, actuando por conducto---
de la Administración de Hogares de Agricultores, denominado
de aquí en adelante el "acreedor hipotecario", en relación
con un préstamo o préstamos evidenciado por uno o más-------
pagarés o convenio de subrogación, denominado en adelante--
el "pagaré", sean uno o más.  Se requiere por el Gobierno--
que se hagan pagos adicionales mensuales de una doceava----
parte de las contribuciones, avalúos (impuestos), primas---
de seguros y otros cargos que se hayan estimados sobre la--
propiedad hipotecaria.--------------------------------------.

CUARTO: Se sobreentiende que:-------------------------------

(Uno)  El pagaré evidencia un préstamo o préstamos al-------
deudor hipotecario por la suma de principal especificada en-
el mismo, concedido con el propósito y la intención de que--
el acreedor hipotecario puede ceder el pagaré en cualquier--
tiempo y asegurar su pago de conformidad con el Acta de-----
mil novecientos sesenta y uno consolidando la Administra----
ción de Hogares de Agricultores o el Título Quinto de la----
Ley de Hogares de mil novecientos cuarenta y nueve, según---
ha sido enmendada.------------------------------------------

(Dos)  Cuando el pago del pagaré es garantizado por el------
acreedor hipotecario, puede ser cedido de tiempo en tiempo--
y cada tenedor de dicho pagaré a su vez será el prestamista-
asegurado.--------------------------------------------------

(Tres)  Cuando el pago del pagaré es asegurado por el-------
acreedor hipotecario, el acreedor hipotecario otorgará y----
entregará al prestamista asegurado conjuntamente con el-----
pagaré un endoso de seguro garantizando totalmente el pago--
de principal e intereses de dicho pagaré.-------------------

(Cuatro)  En todo tiempo que el pago del pagaré este--------
asegurado por el acreedor hipotecario, el acreedor----------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
---------------------------------------

-2-

FORMA FmHA 427-1 PR

Forma FmHA-427-1 PR
10/61

hipotecario, por convenio con el prestamista asegu-
rado, determinarán en el endoso de seguro la por---
ción del pago de intereses del pagaré que será de--
signada como "cargo anual".------------------------

(Cinco) Una condición del aseguramiento de pago---
del pagaré será de que el tenedor cederá todos sus-
derechos y remedios contra el deudor hipotecario y-
cualquiera otro en relación con dicho préstamo asi--
como también a los beneficios de esta hipoteca y --
aceptará en su lugar los beneficios del seguro, y -
en caso de violación de cualquier convenio o estipu
lación aquí contenida o en el pagaré o en cualquier
convenio suplementario por parte del deudor hipote-
cario, a requerimiento del acreedor hipotecario en-
dosará el pagaré al acreedor hipotecario.----------

(Seis) Entre otras cosas, es el propósito e inten-
ción de esta hipoteca, que en todo tiempo cuando el
pagaré esté en poder del acreedor hipotecario, o en
el caso en que el acreedor hipotecario ceda esta hi-
poteca sin asegurar el pagaré, esta hipoteca garanti
zará el pago del pagare pero cuando el pagaré esté--
en poder de un prestamista asegurado, esta hipoteca-
no garantizará el pago del pagaré o formará parte de
la deuda evidenciada por el mismo, pero en cuanto al
pagaré y a dicha deuda, constituirá una hipoteca de-
indemnización para garantizar al acreedor hipotecario
contra cualquier pérdida bajo el endoso de seguro---
por causa de cualquier incumplimiento por parte del-
deudor hipotecario.--------------------------------

QUINTO: Que en consideración al préstamo y (a) en--

—8—

Forma FmHA-427-1 PR
10/61

todo tiempo que el pagaré sea conservado por el ----
acreedor hipotecario o en el caso de que el acreedor
hipotecario ceda la presente hipoteca sin el seguro
del pago del pagaré y en garantía del importe del---
pagaré según se especifica en el subpárrafo (Uno)---
del párrafo NOVENO con sus intereses al tipo estipu-
lado y para asegurar el pronto pago de dicho pagaré,
su renovación o extensión y cualquier convenio con--
tenido en el mismo, (b) en todo tiempo que el pagaré
sea poseído por el prestamista asegurado en garantía
de las sumas especificadas en el subpárrafo (Dos)---
del párrafo NOVENO aquí consignado, para garantizar-
el cumplimiento del convenio del deudor hipotecario-
de indemnizar y conservar libre al acreedor hipoteca
rio contra pérdidasbajo el endoso de seguro por ----
razón de incumplimiento del deudor hipotecario, y --
(c) en cualquier caso y en todo tiempo en garantía--
de las sumas adicionales consignadas en el subpárra-
fo (Tres) del párrafo NOVENO de este instrumento y--
para asegurar el cumplimiento de todos y cada uno---
de los convenios y estipulaciones del deudor hipote-
cario aquí contenidos o en cualquier otro convenio--
suplementario, el deudor hipotecario por la presente
constituye hipoteca voluntaria a favor del acreedor-
hipotecario sobre los bienes descritos en el párrafo
UNDECIMO más adelante, así como sobre los derechos,
intereses, servidumbres, derechos hereditarios, ad-
hesiones pertenecientes a los mismos, toda renta.--
créditos, beneficios de los mismos, y todo producto
e ingreso de los mismos, toda mejora o propiedad ---

-4-

FORMA FmHA 427-1 PR

Forma FmHA-427-1 PR
10/61

personal en el presente o que en el futuro se adhie
ra o que sean razonablemente necesarias para el uso
de los mismos, sobre las aguas, los derechos de agua
o acciones en los mismos, pertenecientes a las fin-
cas o a todo pago que en cualquier tiempo se adeude
al deudor hipotecario por virtud de la venta, arren-
damiento, transferencia, enajenación o expropiación
total o parcial de o por daños a cualquier parte de
las mismas o a los intereses sobre ellas, siendo en
tendido que este gravámen quedará en toda su fuerza
y vigor hasta que las cantidades especificadas en---
el párrafo NOVENO con sus intereses antes y después
del vencimiento hasta que los mismos hayan sido pa-
gados en su totalidad.  En caso de ejecución, los--
bienes responderán del pago del principal, los inte-
reses antes y después de vencimiento, hasta su total
solvento, pérdida sufrida por el acreedor hipoteca--
rio como asegurador del pagaré, contribuciones, pri
ma de seguro o cualquier otro desembolso o adelanto
por el acreedor hipotecario por cuenta del deudor --
hipotecario con sus intereses hasta que sean pagados
al acreedor hipotecario, costas, gastos y honorarios
de abogado del acreedor hipotecario, toda extensión-
o renovación de dichas obligaciones con intereses---
sobre todas y todo otro cargo o suma adicional espe-
cificada en el párrafo NOVENO de este documento.----
SEXTO:  El deudor hipotecario expresamente conviene-
lo siguiente:-----------------------------------------
     Pagar al acreedor hipotecario prontamente a -
su vencimiento cualquier deuda aquí garantizada e --



-5-

FORMA FmHA 427-3 PR

Forma FmHA-427-1 1
10/61

indemnizar y conservar libre de pérdida al acreedor-
hipotecario bajo el seguro del pago del pagaré por--
incumplimiento del deudor hipotecario.  En todo tiem
po cuando el pagaré sea poseído por el prestamista--
asegurado, el deudor hipotecario continuará haciendo
los pagos contra dicho pagaré al acreedor hipoteca--
rio como agente cobrador del tenedor del mismo.------

(Dos)  A pagar al acreedor hipotecario una cuota ini
cial por inspección y tasación y cualquier cargo por
delincuencia requerido en el presente o en el futuro
por los reglamentos de la Administración de Hogares-
de Agricultores.-------------------------------------

(Tres)  En todo tiempo cuando el pagaré sea poseído
por un prestamista asegurado, cualquier suma adeuda-
da y no pagada bajo los términos del pagaré, menos--
la cantidad o carga anual, podrá ser pagada por el--
acreedor hipotecario al tenedor del pagaré bajo los
términos provistos en el pagaré y en el endoso de --
seguro referido en el párrafo CUARTO anterior por --
cuenta del deudor hipotecario.----------------------
Cualquier suma vencida y no pagada bajo los términos
del pagaré, sea este poseído por el acreedor hipote-
cario o por el prestamista asegurado, podrá ser ---
acreditada por el acreedor hipotecario al pagaré y--
en su consecuencia constituirá un adelanto por el --
acreedor hipotecario por cuenta del deudor hipoteca-
rio.------------------------------------------------
Cualquier adelanto por el acreedor hipotecario tal--
como se describe en este subpárrafo devengará intere
ses a razón del --cinco-- por ciento ( 5 %) anual

-6-

a partir de la fecha en que venció el pago hasta la-
fecha en que el deudor hipotecario lo satisfaga.----
(Cuatro) Fuere o no el pagaré asegurado por el acree
dor hipotecario, cualquier o todo adelanto hecho por
el acreedor hipotecario para prima de seguro, repara
ciones, gravámenes u otra reclamación en protección-
de los bienes hipotecados o para contribuciones o --
impuestos u otro gasto similar por razón de haber el
deudor hipotecario dejado de pagar por los mismos,--
devengará intereses a razón del tipo estipulado en--
el subpárrafo anterior desde la fecha de dichos ade-
lantos hasta que los mismos sean satisfechos por el-
deudor hipotecario.---------------------------------
(Cinco) Todo adelanto hecho por el acreedor hipote-
cario descrito en esta hipoteca con sus intereses --
vencerá inmediatamente y será pagadero por el deudor
hipotecario al acreedor hipotecario sin necesidad de
requerimiento alguno en el sitio designado en el pa-
garé y será garantizado por la presente hipoteca.---
Ningún adelanto hecho por el acreedor hipotecario no
relevará al deudor hipotecario de su violación del--
convenio de pagar. Dichos adelantos, con sus intere
ses, se reembolsarán de los primeros pagos recibidos
del deudor hipotecario. Si no hubieren adelantos,--
todo pago verificado por el deudor hipotecario podrá
ser aplicado al pagaré o a cualquier otra deuda del-
udor hipotecario aquí garantizada en el orden que-
reedor hipotecario determinare.---------------
(Seis) Usar el importe del préstamo evidenciado por
el pagaré únicamente para los propósitos autorizados

-7-

por el acreedor hipotecario.--------------------------

(Siete)  A pagar a su vencimiento las contribuciones

impuestos especiales, gravámenes y cargas que graven

los bienes o los derechos o intereses del deudor hi-

potecario bajo los términos de esta hipoteca.--------

(Ocho)  Obtener y mantener seguro contra incendio y

otros riesgos según requiera el acreedor hipotecario

sobre los edificios y las mejoras existentes en los-

bienes o cualquier otra mejora introducida en el fu-

turo.  El seguro contra fuego y otros riesgos serán-

en la forma y por las cantidades, términos y condi-

ciones que aprobare el acreedor hipotecario.--------

(Nueve)  Conservar los bienes en buenas condiciones-

y prontamente verificar las reparaciones necesarias

para la conservación de los bienes; no cometerá ni--

permitirá que se cometa ningún deterioro de los bie-

nes; ni removerá ni demolerá ningún edificio o mejo-

ra en los bienes, ni cortará ni removerá madera de-

la finca, ni removerá ni permitirá que se remueva--

grava, arena, aceite, gas, carbón u otros minerales-

sin el consentimiento del acreedor hipotecario y --

prontamente llevará a efecto las reparaciones en los

bienes que el acreedor hipotecario requiera de tiem-

po en tiempo.  El deudor hipotecario cumplirá con--

aquellas prácticas de conservación de suelo y los -

de la finca y del hogar que el acreedor hipo

tecario de tiempo en tiempo pueda prescribir.-------

(Diez)  Si esta hipoteca se otorga para un préstamo

a dueño de finca según se identifica en los regla--

mentos de la Administración de Hogares de Agriculto

res, el deudor hipotecario personalmente operará --
los bienes por sí y por medio de su familia como una
finca y para ningún otro propósito y no arrendará--
la finca ni parte de ella a menos que el acreedor--
hipotecario consienta por escrito en otro método de
operación o al arrendamiento.------------------------
(Once)  Someterá en la forma y manera que el acree-
dor hipotecario requiera la información de sus in--
gresos y gastos y cualquier otra información relacio
nada con la operación de los bienes y cumplirá con--
todas las leyes, ordenanzas y reglamentos que afec--
ten los bienes o su uso.-----------------------------
(Doce)  El acreedor hipotecario, sus agentes y abo-
gados, tendrán en todo tiempo el derecho de inspec--
cionar y examinar los bienes con el fin de determi--
nar si la garantía otorgada está siendo mermada o de
teriorada, y si dicho examen o inspección determina-
re, a juicio del acreedor hipotecario, que la garan-
tía otorgada está siendo mermada o deteriorada, tal-
condición se considerará como una violación por par-
te del deudor hipotecario de los convenios de esta--
hipoteca.--------------------------------------------
(Trece)  Si cualquier otra persona detentare con o--
impugnare el derecho de posesión del deudor hipoteca
rio a los bienes, el deudor hipotecario inmediatamen
notificará al acreedor hipotecario de dicha ac---
y el acreedor hipotecario, a su opción, podrá--
instituir aquellos procedimientos que fueren necesa-
rios en defensa de sus intereses y los gastos y desem
bolsos incurrido por el acreedor hipotecario en ----

-9-

dichos procedimientos, serán cargados a la deuda del

deudor hipotecario y se considerarán garantizados--

por esta hipoteca dentro del crédito adicional de la

cláusula hipotecaria para adelantos, gastos y otros-

pagos.----------------------------------------------

(Catorce)  Si el deudor hipotecario en cualquier ---

tiempo mientras estuviere vigente esta hipoteca, ---

abandonare los bienes o voluntariamente se los entre

gase al acreedor hipotecario, el acreedor hipoteca--

rio es por la presente autorizado y con poderes para

tomar posesión de los bienes, arrendarlos y adminis-

trar los bienes y cobrar sus rentas, beneficios e---

ingresos de los mismos y aplicarlos en primer térmi-

no a los gastos de cobro y administración y en segun

do término al pago de la deuda evidenciada por el---

pagaré o cualquier otra deuda del deudor hipotecario

y aquí garantizada, en el orden y manera que el ----

acreedor hipotecario determinare.--------------------

(Quince)  En cualquier tiempo que el acreedor hipote

cario determinare que el deudor hipotecario puede --

obtener un préstamo de una asociación de crédito ---

para producción, de un Banco Federal u otra fuente--

responsable, cooperativa o privada, a un tipo de in-

terés y términos razonables para préstamos por tiem-

po y propósitos similares, el deudor hipotecario, a

requerimiento del acreedor hipotecario, solicitará--

y aceptará dicho préstamo en cantidad suficiente ---

para satisfacer el pagaré y cualquier otra deuda ---

aquí garantizada y pagar por las acciones necesarias

en la agencia cooperativa en relación con dicho ----

préstamo.---------------------------------------------

(Dieciseis) El incumplimiento de cualesquiera de---
las obligaciones garantizadas por esta hipoteca, o-
si el deudor hipotecario o cualquier otra persona--
incluída como deudor hipotecario faltare en el pago
de cualquier cantidad o violare o no cumpliere con-
cualquier cláusula, condición, estipulación o conve
nio o acuerdo aquí contenido o en cualquier conve--
nio suplementario, o falleciere o se declarare o --
fuere declarado incompetente, en quiebra, insolven-
te o hiciere una cesión en beneficio de sus acreedo
res, o los bienes o parte de ellos o cualquier inte
rés en los mismos fueren cedidos, vendidos, arrenda
dos, transferidos o gravados voluntariamente o de--
otro modo, sin el consentimiento por escrito del --
acreedor hipotecario, el acreedor hipotecario es --
irrevocablemente autorizado y con poderes, a su op-
ción y sin notificación: (Uno) a declarar toda deu
da no pagada bajo los términos del pagaré o cual---
quier otra deuda al acreedor hipotecario aquí garan
tizada, inmediatamente vencida y pagadera y proce--
der a su ejecución de acuerdo con la ley y los tér-
minos de la misma; (Dos) incurrir y pagar los gas--
tos razonables para la reparación o mantenimiento--
de los bienes y cualquier gasto u obligación que el
deudor hipotecario no pagó según se conviniere en -
hipoteca, incluyendo las contribuciones, im---
puestos, prima de seguro y cualquier otro pago o --
gasto para la protección y conservación de los bie-
nes y de esta hipoteca o incumplimiento de cualquier

-11-

precepto de esta hipoteca y  (Tres) de solicitar la

protección de la ley.-------------------------------

(Diecisiete)  El deudor hipotecario pagará o reembol

sará al acreedor hipotecario todos los gastos necesa

rios para el fiel cumplimiento de los convenios y---

acuerdos de  esta hipoteca, los del pagaré y en cual

quier otro convenio suplementario, incluyendo los---

gastos de mensura, evidencia de título, costas, ins-

cripción y honorarios de abogado.-------------------

(Dieciocho)  Sin afectar en forma alguna los dere---

chos del acreedor hipotecario para requerir y hacer-

cumplir en cualquier fecha posterior los convenios,-

acuerdos u obligaciones aquí contenidas o similares-

u otros convenios y sin afectar la responsabilidad--

de cualquier persona para el pago del pagaré o cual-

quier otra deuda aquí garantizada y sin afectar el--

gravámen impuesto sobre los bienes o la prioridad --

del gravámen, el acreedor hipotecario es por la pre-

sente autorizado y con poder en cualquier tiempo ---

(Uno) renunciar el cumplimiento de cualquier conve--

nio u obligación aquí contenida o en el pagaré o en-

cualquier convenio suplementario; (Dos) negociar con

el deudor hipotecario o conceder al deudor hipoteca-

rio cualquier indulgencia o tolerancia o extensión--

de tiempo para el pago del pagaré (con el consenti--

miento del tenedor de dicho pagaré cuando esté en --

manos de un prestamista asegurado) o para el pago---

de cualquier deuda a favor del acreedor hipotecario,

aquí garantizada; o (Tres) otorgar y entregar can--

celaciones parciales de cualquier parte de los bie--

Forma FmHA-427-1 PR
10/61

nes de la hipoteca aquí constituída u otorgar dife-

rimiento o postergación de esta hipoteca a favor de

cualquier otro gravámen consvituído sobre dichos --

bienes.-------------------------------------------------

(Diecinueve)  Todos los derechos, título e interes--

en y sobre la presente hipoteca, incluyendo pero no-

limitando el poder de otorgar consentimientos, can--

celaciones parciales, subordinación, cancelación to-

tal, radica sola y exclusivamente en el acreedor hi-

potecario y ningún prestamista asegurado tendrá de--

recho, título o interés alguno en o sobre el gravá--

men y los beneficios aquí contenidos.----------------

(Veinte)  El incumplimiento de esta hipoteca consti-

tuirá incumplimiento de cualesquiera otra hipoteca,

préstamo refaccionario, o hipoteca de bienes muebles

poseída o asegurada por el acreedor hipotecario y --

otorgada o asumida por el deudor hipotecario; y el--

incumplimiento de cualesquiera de dichos instrumen--

tos de garantía constituirá incumplimiento de esta--

hipoteca.----------------------------------------------

(Veintiuno)  Todo aviso que haya de darse bajo los--

términos de esta hipoteca será remitido por correo--

certificado a menos que se disponga lo contrario por

ley, y será dirigido hasta tanto otra dirección sea-

nada en un aviso dado al efecto, en el caso del

acreedor hipotecario a Administración de Hoçares de-

Agricultores, Departamento de Agricultura de Estados

Unidos, San Juan, Puerto Rico, y en el caso del deu-

dor hipotecario, a el a la dirección postal de su --

residencia según se especifica más adelante.---------

-13-

FORMA FmHA 427-1 PR

(Veintidos)   El deudor hipotecario por la presente-- cede al acreedor hipotecario el importe de cualquier sentencia obtenido por expropiación forzosa para uso público de los bienes o parte de ellos así como también el importe de la sentencia por daños causados-- a los bienes.   El acreedor hipotecario aplicará el-- importe que reciba al pago de los gastos en que in-- curriere en su cobro y el balance al pago del pagaré y cualquier deuda al acreedor hipotecario garantiza- da por esta hipoteca, y si hubiere algún sobrante,-- se reembolsará al deudor hipotecario.----------------

SEPTIMO:   Para que sirva de tipo a la primera subas- ta que deberá celebrarse en caso de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, se- gún enmendada, el deudor hipotecario por la presente tasa los bienes hipotecados en la suma de **CINCUENTA MIL DOLARES ($50,000.00)**------



OCTAVO:   El deudor hipotecario por la presente renun cia al trámite de requerimiento y se considerará en- mora sin necesidad de notificación alguna por parte- del acreedor hipotecario.   Esta hipoteca está sujeta a los reglamentos de la Administración de Hogares de Agricultores ahora en vigor y a futuros reglamentos, no inconsistentes con los términos de esta hipoteca. Así como también sujeta a las leyes del Congreso de- Estados Unidos de América que autorizan la asigna--- ción y aseguramiento del préstamo antes mencionado.-- NOVENO:   Las cantidades garantizadas por esta hipote ca son las siguientes:-----------------------------

—14—

Forma FmHA-427-1 PR
10/61

Una.   En todo tiempo cuando el pagaré relacionado en

el párrafo TERCERO de esta hipoteca sea poseído por

el acreedor hipotecario o en caso que el acreedor hi

potecario cediere esta hipoteca sin asegurar el paga

rén-   **CINCUENTA MIL**- - - - - - - - - - - - - -

- - - - - - - - - - - - DOLARES ($ **50,000.00** --

el principal de dicho pagaré, con sus intereses se--

gún estipulados a razón del  -----**cinco**-----  por ciento-

( -**5**- %) anual;------------------------------------------

Dos.   En todo tiempo cuando el pagaré es poseído por

un prestamista asegurado:----------------------------

(A)   **CINCUENTA MIL**- - - - - - - - - - - - - - -

- - - - - - - - - - - - DOLARES ($ **50,000.00** --

para indemnizar al acreedor hipotecario por adelan--

tos al prestamista asegurado por motivo del incumpli

miento del deudor hipotecario de pagar los plazos --

según se especifica en el pagaré, con intereses se--

gún se especifica en el párrafo SEXTO, Tercero;-----

(B)   **SETENTA Y CINCO MIL**- - - - - - - - - - - -

- - - - - - - - - - - - DOLARES ($ **75,000.00** --

para indemnizar al acreedor hipotecario además contra

cualquier pérdida que pueda sufrir bajo su seguro de

pago del pagaré;----------------------------------------

Tres.   En cualquier caso y en todo tiempo:-----------

(A)   **DIEZ MIL**- - - - - - - - - - - - - - -

- - - - - - - - - - - - DOLARES ($ **10,000.00** )--

a intereses después de mora;----------------------

**DIEZ MIL**- - - - - - - - - - - - - -

- - - - - - - - - - - - DOLARES ($ **10,000.00** )--

para contribuciones, seguro y otros adelantos para--

-15-

FORMA FmHA 427-1 PR

Forma FmHA-427-1 PR
10/61

la conservación y protección de esta hipoteca, con--
intereses al tipo estipulado en el párrafo SEXTO, --
Tercero;----------------------------------------------
(c)   CINCO MIL- - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - DOLARES ($ 5,000.00)--
para costas, gastos y honorarios de abogado en caso-
de ejecución;----------------------------------------
(D)   CINCO MIL- - - - - - - - - - - - - - - - - -
- - - - - - - - - - - DOLARES ($ 5,000.00)--
para costas y gastos que incurriere el acreedor hipo
tecario en procedimientos para defender sus intereses
contra cualquier persona que intervenga o impugne el
derecho de posesión del deudor hipotecario a los bie
nes según se consigna en el párrafo SEXTO, Trece.---
DECIMO:  Que el (los) pagaré(s) a que se hace refe--
rencia en el párrafo TERCERO de esta hipoteca es(son)
descrito(s) como sigue:------------------------------
Pagaré otorgado en el caso número ████ y ███ gui-
ón ████ guión ████████████████████████
████████████████████████████
(████████████), fechado hoy díaveinticinco ded
agosto de mil novecientos setentiseis  por la suma de
CINCUENTA MIL DOLARES ($50,000.00) de principal con
intereses sobre el balance de principal adeudado a
razón del cinco por ciento (5%) anual.  Dicho princi-
pal e intereses serán pagaderos en los siguientes --
plazos en o antes de las siguientes fechas: OCHO-
CIENTOS OCHENTA Y CUATRO DOLARES ($884.00)-----------
en enero primero de mil novecientos setenta y siete

Agriculture   Jav Co. Printing

-16-

y DOS MIL NOVECIENTOS CATORCE DOLARES ($2,914.00) --
anualmente cada enero primero subsiguiente hasta --
tanto el principal y sus intereses sean totalmente
satisfechos, excepto el pago final de la deuda total
aquí representada, de no haber sido satisfecho con
anterioridad vencerá y será pagadero a los cuarenta
(40) años de la fecha del pagaré.---------------------

Dicho pagaré ha sido otorgado como evidencia de un
préstamo por el Gobierno al prestatario de conformi-
dad con la Ley del Congreso de Estados Unidos de --
América denominada Consolidated Farmers Home Adminis-
tration Act of nineteen sixty one o de conformidad --
con la Ley de Hogares de mil novecientos cuarentinue-
ve, según han sido enmendadas y está sujeto a los pre-
sentes reglamentos no inconsistentes con dicha Ley.---

UNDECIMO: Descripción de los bienes--------------------

RUSTICA: Finca sita en el Barrio DON ALONSO, térmi-
no municipal de Utuado, lugar denominado "Las Cuevas"
compuesta de VEINTIOCHO CUERDAS más o menos, equiva-
lentes a once hectáreas, cincuenta y una centiáreas
y veinte miliáreas más o menos de terreno quebrado,
con plantaciones de café, plátanos y palmas de ya-
guas, conteniendo una casa de madera con techo de --
zinc y tres bohíos. LINDA: al Norte, con tierras -
de Manuel Candelaria Viruet; al Este, con la parcela
de Pío Rivera; y al Sur y Oeste, con terrenos de la
sucesión de Miguel Roses Artau.-----------------------

TITULO: Adquirió el deudor hipotecario los bienes
descritos por compra a los esposos Ismael Guzmán Ca-
bán y Rosalina Rodríguez según escritura otorgada an-
te el fedatario con esta misma fecha, pendiente de
inscripción en el Registro de la Propiedad pero la
misma figura inscrita al folio diecisiete (17) del -
tomo doscientos noventa y siete (297), finca número
veintitrés (23), inscripción vigésima octava.--------

CARGAS:  Asegura el deudor hipotecario que los bie-
nes descritos se encuentran libre de cargas o gravá-
mones.

DUODECIMO:  Don PEDRO A. MALDONADO GUZMAN y su espo-
sa doña MONSERRATE LUGO, mayores de edad, agricultor
él, ama de casa ella y vecinos de Utuado, Puerto Ri-
co, cuya dirección postal es "Apartado 812 - Utuado,
Puerto Rico 00761".

DECIMO TERCERO:  El importe del préstamo aquí consig-
nado se usó o será usado para fines agrícolas y la -
construcción y/o reparación y/o mejoras de las insta-
laciones físicas en la finca descrita.  La estructu-
ra a construirse o mejorarse se describe de la si-
guiente manera:  Casa vivienda en hormigón armado mi-
diendo cuarenta y siete pies por veinticuatro pies.-
DECIMO CUARTO:  Esta hipoteca se extiende expresamen-
te a toda construcción o edificación existente en la
finca antes descrita y a toda mejora, construcción o
edificación que se construya en dicha finca durante
la vigencia del préstamo hipotecario constituido a -
favor del Gobierno, verificada por los actuales due-
ños deudores o por sus cesinarios o causahabientes.
DECIMO QUINTO:  El deudor hipotecario por la presen-
te renuncia mancomunada y solidariamente por sí y a
nombre de sus herederos, causahabientes, sucesores o
representantes a favor del acreedor hipotecario (Ad-
ministración de Hogares de Agricultores) cualquier -
derecho de Hogar Seguro (Homestead) que en el presen-
te o en el futuro pudiera tener en la propiedad des-
crita en el párrafo UNDECIMO y en los edificios allí

enclavados o que en el futuro fueran construidos; re-
nuncia que está permitida a favor de la Administra-
ción de Hogares de Agricultores por la ley número -
trece del veintiocho de mayo de mil novecientos se-
senta y nueve (31 L. P. R. A. 1851).————————
Los otorgantes aceptan la presente escritura en la
forma redactada por ser conforme a lo convenido; Yo,
el Notario, híceles las advertencias legales perti-
nentes y bien impuestos de ellas así la otorgan y -
firman, estampando además sus iniciales al margen de
todos y cada uno de sus folios. Previa lectura que
a ambos hice en alta voz y en un solo acto de esta
escritura porque renunciaron el derecho a leerla por
si mismos, el cual les advertí tenían; Yo, el Nota-
rio, de todo lo consignado en este instrumento públi-
co, al cual cancelaré el sello de impuesto notarial
del Colegio de Abogados de Puerto Rico, DOY FE.————

FIRMADOS:  Pedro A. Maldonado Guzmán————————Monserra-
te Lugo————————Firmado, signado, rubricado y sellado:
LUIS PEREZ MATOS————————————————————————————————————

————Hay cancelado el sello de impuesto notarial del Co-
legio de Abogados en la escritura matriz.——————————

CERTIFICO:  Que la precedente es una copia fiel y exac
ta de su original obrante en mi protocolo notarial de
instrumentos públicos del corriente año a que me remit
Y para entregar a la Administración de Hogares de Agri
cultores expido esta primera copia certificada hoy día
de su otorgamiento.———————————————————



Notario Público

Inscrito al folio 18 del tomo 297 de Utuado, finca 23 ... inscripción 29. Se halla afecta a la hipoteca constituida en virtud de este documento. Utuado a 27 de agosto de 1976.

Sin Derechos

José M. de [illegible]
Registrador

Registro de la Propiedad
SECCION DE
UTUADO

Verified on 6/24/11
Felipe Ortiz

## CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married and resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under peñalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico ----------------------------

Juan M. Ortiz Serbiá
State Executive Director

EXHIBIT 2-A

**Form FmHA 427-1 PR**
**10/61**

## NUMBER THREE HUNDRED-ONE

## VOLUNTARY MORTGAGE

In Utuado, Puerto Rico, on August twenty-five, nineteen seventy-six.

### IN MY PRESENCE

LUIS PEREZ MATOS, Attorney and Notary Public for this island, with residence in Utuado, Puerto Rico and offices that city,

### THERE NOW APPEAR

The persons named in paragraph TWELFTH of this mortgage, hereinafter called "mortgagor," and whose personal circumstances appear in said paragraph.

I attest to my personal acquaintance of the parties, as well as to their statements regarding their age, marital status, profession, and residence.

They assure me they are in full exercise of their civil rights and the free administration of their property, and they have, in my judgment, the necessary legal capacity to execute this document, thus freely and voluntarily.

### THEY DECLARE:

FIRST:  That the mortgagor is the owner of the farm or farms described in paragraph ELEVENTH, with all corresponding rights and interests, referred to hereinafter as "the property."

SECOND:  That the property mortgaged herein is subject to the liens specified in paragraph ELEVENTH.

THIRD:  That the mortgagor is indebted to the United States of America, acting through

1

the Farmers Home Administration, referred to hereinafter as "mortgagee," in connection with a loan or loans represented by one or more promissory notes or subrogation agreements, referred to hereinafter as "the note," whether one or more. The Government requires that additional monthly payments be made of one twelfth of the taxes, insurance premiums, and other charges on the mortgaged property.

FOURTH:  It is understood that:

(One) The note represents a loan or loans to mortgagor in the principal amount specified herein, granted with the purpose and intention that the mortgagee may at any time surrender the note and insure the payment thereof pursuant to the Act of 1961, consolidating the Farmers Home Administration, or Title V of The Housing Act of 1949, as amended.

(Two) When payment of the note is guaranteed by the mortgagee, it may be transferred from time to time, and each holder of said note will in turn be considered the insured lender.

(Three) When payment of the note is insured by the mortgagee, the mortgagee will execute and deliver to the insured lender, along with the note, an insurance endorsement fully guaranteeing payment of the principal and interest on said note.

(Four) Whenever payment of the note is insured by the mortgagee, the mortgagee, by

agreement with the insured lender, shall determine on the insurance endorsement the portion of the note's interest to be designated as "annual charges."

(Five) As a condition of the insurance of the note's payment, the holder will surrender all rights and remedies against the mortgagor and any others in connection with said loan, as well as any benefit of this mortgage, and will accept in its place the insurance benefits, and in the event that the mortgagor violates any agreement or stipulation contained herein, or in the note, or in any other supplementary agreement, the mortgagee may require the note to be endorsed to himself.

(Six) It is the purpose and intent of this mortgage that, among other things, whenever the note is held by the mortgagee, or in the event the mortgagee should transfer this mortgage without insuring the note, this mortgage shall guarantee payment of the note; but when the note is held by an insured lender, this mortgage shall not guarantee payment of the note, nor shall it form any part of the debt represented thereby, but the note and said debt shall constitute an indemnity mortgage to insure the mortgagee against any loss under its insurance endorsement by reason of any default by the mortgagor.

FIFTH: That, in consideration of said loan and (a) whenever the note is held by the

mortgagee, or in the event that the mortgagee should transfer this mortgage without insuring the note's payment, in guarantee of the amount of the note as specified in subparagraph (one) of paragraph NINTH, with interest at the rate stipulated, and to insure prompt payment of said note, and any renewals or extensions thereof, and any agreements contained therein, (b) whenever the note is held by an insured lender guaranteeing the amounts specified in subparagraph (two) of paragraph NINTH, in order to guarantee compliance with the mortgagor's agreement to indemnify and hold harmless the mortgagee against losses under its insurance endorsement by reason of any default by the mortgagor, and (c) in any event and at all times whatsoever, to guarantee the additional amounts specified in subparagraph (three) of paragraph NINTH, and to insure mortgagor's compliance with each and every agreement and stipulation herein, or in any supplementary agreement, mortgagor hereby grants to mortgagee a voluntary mortgage on the property described in paragraph ELEVENTH, together with all rights, interests, easements, inheritances, and appurtenances thereto belonging; all income, credits, profits, revenues; all improvements or personal property thereto attaching, at present or in the

future, or which are reasonably necessary for the use thereof; all water, water rights, or shares in said rights; pertaining to the farms, and all payments at any time owing to mortgagor by virtue of the sale, lease, transfer, conveyance, or total or partial expropriation of, or injury to, any part thereof, or to their interests, it being understood that this mortgage will continue in full force and effect until all amounts specified in paragraph NINTH, with interest before and after maturity, until they have been paid in full.  In case of foreclosure, the property will be responsible for the payment of the principal, interest thereon before and after maturity, losses sustained by mortgagee as insurer of the note, taxes, insurance premiums, or any other disbursements or advances by mortgagee, to be paid by mortgagor with interest until all costs and expenses, including fees of mortgagee's attorneys, are paid to mortgagee, along with all extensions and renewals of said obligations, with interest, and all other charges and additional amounts specified in paragraph NINTH.

SIXTH: Mortgagor explicitly agrees to the following:

(One) To pay promptly to the mortgagee any debt herein guaranteed and to indemnify

and hold mortgagee harmless against any loss under its insurance for payment of the note by reason of any default by mortgagor. Whenever the note is held by an insured lender, mortgagor shall continue making payments on the note to mortgagee, as collection agent for the holder.

(Two) To pay the mortgagee an initial fee for inspection and appraisal and any delinquency charges, now or hereafter required by Farmers Home Administration regulations.

(Three) Whenever the note is held by an insured lender, any amount due and unpaid under the terms of the note, less the amount of the annual charge, may be paid by mortgagee to the holder of the note under the terms of the note and of the insurance endorsement referred to in the above paragraph FOURTH, the responsibility of the mortgagor.

Any amount due and unpaid under the terms of the note, whether it is held by mortgagee or by an insured lender, may be credited to the note by mortgagee, and shall thus constitute an advance by mortgagee, the responsibility of mortgagor.

Any advance by mortgagee as described in this subparagraph shall bear interest at the annual rate of five percent (5%), from the date on which payment was due until the date on which mortgagor pays the debt.

(Four) Whether or not the note is insured by mortgagee, any and all amount advanced by mortgagee for insurance premiums, repairs, liens, or other claims for the protection of the mortgaged property, or for taxes or assessments or other similar charges due to mortgagor's failure to pay said charges, shall bear interest at the rate stated in the preceding subparagraph, from the date of the advance until mortgagor pays said advance.

(Five) All advances made by mortgagee as described in this mortgage, with interest, shall be immediately due and payable by mortgagor to mortgagee without need for advance notification in the place designated in the note, and shall be guaranteed by this mortgage. No advance by mortgagee shall relieve mortgagor from breach of his covenant to pay. Such advances, with interest, shall be repaid from the first payments received from mortgagor. In the absence of such advances, all payments verified by mortgagor may be applied to the note or to any other mortgagee debt guaranteed herein, in the order determined by mortgagee.

(Six) To use the amount of the loan indicated in the note solely for purposes authorized

by mortgagee.

(Seven) To pay when due all taxes, special assessments, liens, and charges encumbering the property or the rights or interests of mortgagor under the terms of this mortgage.

(Eight) To obtain and maintain insurance against fire and other hazards as required by mortgagee on all existing buildings and property improvements, as well as on all future improvements.  The insurance against fire and other hazards will be in the form, in the amount, and on the terms and conditions approved by mortgagee.

(Nine) To keep the property in good condition and to promptly make all necessary repairs in order to preserve the property; he will refrain from any activity, or from allowing any activity, which would result in the deterioration of the property; he will not remove nor demolish any building or improvement on the property; nor will he cut or remove wood from the farm, nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other minerals, without mortgagee's consent, and will promptly carry out the repairs on the property that mortgagee may request from time to time.  Mortgagor shall comply with soil conservation practices and farm and home management plans that mortgagee may prescribe from time to time.

(Ten) If this mortgage is granted for a loan to a farm owner as identified in Farmers Home Administration regulations, the mortgagor shall personally manage the property,

on his own or through family labor, as a farm and for no other purpose, and shall not lease the farm, nor any part of it, unless mortgagee gives written consent to another method of operation or lease.

(Eleven) To submit information regarding income and expenses and any other information related to the management of the property, in the form and manner the mortgagee may require, and to comply with all laws, ordinances, and regulations affecting the property or its use.

(Twelve) Mortgagee, along with his agents and attorneys, shall at all times have the right to inspect and examine the property for the purpose of ascertaining whether security is deteriorating or being compromised, and if such inspection or examination shall disclose, in mortgagee's judgment, that security is in fact deteriorating or being compromised, this shall constitute a breach by mortgagor of this mortgage agreement.

(Thirteen) If any other person interferes with or contests mortgagor's rights of possession of the property, mortgagor shall immediately notify mortgagee of such action, and mortgagee may decide to institute the measures necessary to defend his interests, and any costs or expenditures incurred by mortgagee due to said measures will be added to

mortgagor's debt, and will be guaranteed by this mortgage as additional credits under the clause regarding advances, expenditures and other payments.

(Fourteen) If at any time while this mortgage remains in effect, mortgagor shall abandon the property or voluntarily return it to mortgagee, mortgagee is hereby authorized and empowered to take possession of the property, to lease and administer it, and to collect the rents, benefits, and income from them, and to apply them first to the costs of collection and administration, and secondly to the payment of the debt described by the note or any other debt to mortgagee herein guaranteed, in the order and manner to be determined by mortgagee.

(Fifteen) At any time that mortgagee determines that mortgagor may be able to obtain a loan from a production credit association, from a Federal Bank or other responsible source, whether cooperative or private, with a rate of interest and terms that are

reasonable for loans of similar duration and purposes, then mortgagor, at mortgagee's request, will apply for and accept such a loan in a sufficient amount to pay the note and any other debt guaranteed herein, and to pay for the necessary shares in the cooperative agency with respect to such a loan.

(Sixteen) In the event of default in the discharge of any obligation guaranteed by this mortgage, or if mortgagor, or any other person included herein as a mortgagor, defaults in the payment of any amount, or violates or fails to comply with any clause, condition, stipulation, covenant, or agreement contained herein, or in any supplementary agreement, or if mortgagor dies or is declared incompetent, bankrupt, or insolvent, or makes a transfer for the benefit of creditors, or if the property or any part thereof or interest therein is sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise, without mortgagee's written consent, then mortgagee is irrevocably authorized and empowered, at his discretion and without notice:  (One) to declare all debt left unpaid under the terms of this note, or any other debt to mortgagee guaranteed herein, immediately due and payable, and to proceed to foreclosure in accordance with the law and the provisions thereof; (Two) to incur and pay reasonable expenses for the repair and maintenance of the property and any expenses or obligations that mortgagor failed to pay as agreed in this mortgage, including taxes, assessments, insurance premiums, and any other expenses or costs for the protection and preservation of the property and of this

mortgage, or for violation of any provision of this mortgage; and (Three) to request the protection of the law.

(Seventeen) Mortgagor shall pay, or shall reimburse mortgagee for all necessary expenses for the fulfillment of the covenants and agreements of this mortgage, and of the note and of any supplementary agreement, including the costs of surveying, title search, court costs, deed recording, and attorneys' fees.

(Eighteen) Without in any way affecting mortgagee's right to require and enforce at any subsequent date the covenants, agreements, or obligations herein set forth, or other similar agreements, and without affecting the liability of any person for payment of the note or any other debt herein guaranteed, and without affecting the lien created upon the property or the priority of said lien, mortgagee is hereby authorized and empowered at any time:  (one) to waive the performance of any agreement or obligation contained herein, or in the note, or in any supplementary agreement; (two) to negotiate with  mortgagor or to grant to mortgagor any indulgence or forbearance or extension of the time for payment of the note (with the consent of the note's holder when it is held by an insured lender), or for payment of any debt to the mortgagee herein guaranteed; or (three) to execute and deliver partial releases of any part of the mortgaged property described

herein, or to grant deferment or postponement of this mortgage to any other lien on the property.

(Nineteen) All rights, title, and interest in or on this mortgage, including but not limited to the power to grant consent, partial releases, subordination, and revocation, shall be vested solely and exclusively in the mortgagee, and no insured lender shall have any right, title, or interest in or on this mortgage and any benefits herein contained.

(Twenty) Default on this mortgage shall constitute default on any other mortgage, loan, or real estate mortgage held or insured by mortgagee, and executed or assumed by mortgagor; and default on any such instrument shall constitute default on this mortgage.

(Twenty-One) All notices to be given under the terms of this mortgage shall be sent by certified mail unless otherwise required by law, and shall be addressed until some other address is designated in a notice provided to that effect, in the case of mortgagee, to Farmers Home Administration, United States Department of Agriculture, San Juan, Puerto Rico; and in the case of mortgagor, to him at his residence address as stated below.

(Twenty-Two) Mortgagor hereby grants to mortgagee the amount of any judgment obtained through forced expropriation for public use of the property or any part thereof, as well as the amount of any judgment for damages to the property. Mortgagee will apply the amount so received to pay costs incurred in collection, and the balance will apply to payment of the note, and any indebtedness to mortgagee guaranteed by this mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEVENTH: That for the purpose of the first auction to be held in case of foreclosure of this mortgage, in accordance with mortgage law, as amended, mortgagor does hereby appraise the mortgaged properties in the amount of FIFTY THOUSAND DOLLARS ($50,000.00).

EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be considered in default with no need for prior notification by mortgagee. This mortgage is subject to the regulations of the Farmers Home Administration now in effect, and to future regulations not inconsistent with the provisions of this mortgage, as well as to the laws of the United States Congress authorizing and insuring the aforementioned loan.

NINTH: The amounts guaranteed by this mortgage are as follows:

One.   Whenever the note referred to in paragraph THIRD of this mortgage is held by mortgagee, or in the event mortgagee should transfer this mortgage without insuring the note: FIFTY THOUSAND DOLLARS ($50,000.00)., the note's principal, together with interest as stipulated at the annual rate of FIVE percent (5%).

Two.   Whenever the note is held by an insured lender:
(A) FIFTY THOUSAND DOLLARS ($50,000.00), to compensate mortgagee for advances to the insured lender because of mortgagor's failure to pay the installments as specified in the note, with interest as indicated in paragraph SIXTH, subparagraph three;

(B) SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), to further compensate mortgagee against any losses suffered under its insurance for payment of the note;

Three. In any event and at any time:
(A) TEN THOUSAND DOLLARS ($10,000.00) for interest upon default;
(B) TEN THOUSAND DOLLARS ($10,000.00) for taxes, insurance, and other advances

And TWO THOUSAND NINE HUNDRED FOURTEEN DOLLARS ($2,914.00) annually every January first subsequently thereafter until principal and interest are paid in full, except for the final installment of the debt herein evidenced, if not paid earlier, shall be due and payable in forty (40) years from the date of the note.

Said note has been executed as evidence of a loan made by the Government to the Borrower, pursuant to the law of the US Congress known as "Consolidated Farmers Home Administration Act of 1961," or pursuant to the Housing Act of 1949, both as amended, and is subject to present Farmers Home Administration regulations, and to future regulations which are not inconsistent with these laws.

ELEVENTH: The property referred to in the FIRST paragraph herein is described as follows:

RURAL: Plot of land located in Barrio DON ALONSO, municipality of Utuado, place called "Las Cuevas". With a surface area of about TWENTY-EIGHT CUERDAS*, equivalent to approximately eleven hectares, fifty-one centiares, and twenty miliares of uneven land, with coffee, banana and yagua palms crops, which has a house made of wood, zinc roofing and three small rooms. Its boundaries are: to the North, with land of Manuel Candelaria Viruet; to the East, with Pio Rivera's parcel; and to the South and West, with land of Miguel Rosas Artau heirs.

TITLE: Mortgagor acquired the above described property through purchase from spouses Ismael Guzman Caban and Rosalina Rodriguez, pursuant to deed executed this same date, pending of recording in the Property registry, but it is registered on page seventeen (17), volume two hundred ninety-seven (297), farm number twenty-three (23), twenty-eight entry.

---

*Translator's note: A *cuerda* is equivalent to 0.971 acres, 3,930.39 meters squared, and 42,291 squared feet.

BURDENS: Mortgagor states that the above described property is free of encumbrances or easements.

TWELFTH: That, appearing herein as mortgagees are PEDRO A. MALDONADO AND HIS WIFE MONSERRATE LUGO, both of legal age, he is a farmer and she is a housewife, residents of Utuado, Puerto Rico; whose mailing address is PO BOX 812, Utuado, Puerto Rico 00761.

THIRTEENTH: The loan amount consigned herein was or will be used for agricultural purposes and construction and/ or repairs and / or improvements of the facilities in the described farm.

FOURTEENTH: This mortgage extends expressly to any constructions or buildings currently existing on the aforementioned farm(s), and to any improvements, construction or building constructed on said property while this mortgage loan furnished to the order of the Government is in effect, as verified by the current mortgagors or their assignees or trustees.

FIFTEENTH: Mortgagor hereby waives jointly and severally for himself and on behalf of his heirs, trustees, successors, or representatives, in favor of mortgagee (Farmers Home Administration), any present or future Homestead right that he may have on the property described in paragraph eleven, and in the buildings thereon, or which may be constructed

in the future; this waiver being permitted in favor of the Farmers Home Administration by Law Number Thirteen (13) of May twenty-eight (28), nineteen sixty-nine (1969) (31 L.P.R.A. Sec. 1851).

The parties accept this deed in its entirety, finding it has been drawn up according to their wishes and instructions. I, the Notary, have given the parties the pertinent legal warnings for these proceedings.

So they say and approve the parties this deed before me, and after having read it in its entirety, the parties ratify it, placing their initials on each and every one of its page and they sign it.

I, the Notary, BEAR WITNESS to everything contained in this public instrument, in which I will affix the seal of the Notary Association of Puerto Rico.

Signed: Pedro A. Maldonado Guzman          Monserrate Lugo
Signed, stamped, sealed and endorsed.
LUIS PEREZ MATOS

The seal of the Notary Association of Puerto Rico is affixed to the original deed.

I CERTIFY: that the foregoing deed is a true and correct copy of the original which is filed in my Notarial Protocol of public instruments for the current year. And for delivery to the Farmers Home Administration, I issued this first certified copy this day same date of its execution.

[Signature]
Notary Public
[Seal]

It is recorded on page 18, volume
297 of Utuado, farm 23, 29th entry. It
is encumbered by the mortgage
furnished through this document.
Utuado, August 27th, 1976.

No fees

[Signature]
Recorder

[Seal]


Verified on 6/24/77
[Signature]

# CERTIFICATE

I hereby certify that the attached Voluntary Mortgage is a true and accurate translation to
the best of my knowledge, ability and belief. I am experienced and competent to translate
from Spanish into English.

DATED this 15th of September of 2007.

*[Signature]*

Nicole Harris
*Professional Translator and Interpreter*

WITNESS my hand and official seal hereto affixed this
15th of September of 2007.

[Signature]
Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/2010

20

# TITLE SEARCH

**CASE: DIMAS H. RODRÍGUEZ RODRÍGUEZ**     **REF: 1521.233**
**BY: TAIMARY ESCALONA**

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

**PROPERTY NUMBER:** 23, recorded at page 61 of volume 1 of Utuado, Registry of Utuado, Puerto Rico.

**DESCRIPTION:** *(As it is recorded in the Spanish language)*

**RÚSTICA:** Finca sita en el barrio Don Alonso, término municipal de Utuado, lugar denominado "Las Cuevas" compuesta de **veintiocho cuerdas más o menos, equivalentes a once hectáreas, cincuenta y una centiáreas y veinte miliáreas** más o menos de terreno quebrado, con plantaciones de café, plátanos y palmas de yaguas, conteniendo una casa de madera con techo de zinc y tres bohíos. Linda: al **NORTE**, con tierras de Manuel Candelaria Viruet; al **ESTE**, con la parcela de Pío Rivera; y al **SUR y OESTE**, con terrenos de la Sucesión de Miguel Rosas Artau.

**TITLE:**

This property is registered in favor of DIMAS HERIBERTO RODRÍGUEZ RODRÍGUEZ and his wife CARMEN ROSA RODRÍGUEZ RODRÍGUEZ, whom acquired by purchase from Monserrate Lugo Yambó, widow, for the price of $80,648.83, pursuant to deed #149, executed in Utuado, Puerto Rico, on October 4th, 1989, before Notary Public Miguel Torres Maldonado, recorded at overleaf of page 21 of volume 297 of Utuado, property number 23, 34th inscription.
**Presented on March 7, 1991**
**Recorded on March 12, 1991**

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and encumbrances

II.  By reason of itself this property is encumbered by the following:

1. **MORTGAGE:** Constituted by Pedro A. Maldonado and his wife Monserrate Lugo Yambó, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $50,000.00, with 5% annual interests, due on 40 years, constituted by deed #101, executed in Utuado, Puerto Rico, on August 25th, 1976, before Notary Public Luis Pérez Matos, recorded at overleaf of page 17 of volume 297 of Utuado, property number 23, 29th inscription.
**Presented on March 7, 1991**
**Recorded on March 12, 1991**

2. **MORTGAGE:** Constituted by Pedro A. Maldonado and his Monserrate Lugo Yambó, in favor of Bearer, in the original principal amount of $10,000.00, with 9% annual interests, due on presentation, constituted by deed #43, executed in Utuado, Puerto Rico, on May 29th, 1979, before Notary Public Miguel Torres Maldonado, recorded at page 19 volume 297 of Utuado, property number 23, 30th inscription.
**Presented on March 7, 1991**
**Recorded on March 12, 1991**

3. Reamortized and modified the mortgage of the 29th inscription with a total due on October 4, 1989 of $54,648.83 and due on 40 years hereinafter of deed #150, executed in Utuado, Puerto Rico, on October 4th, 1989, before Notary Public Miguel Torres Maldonado, recorded at overleaf of page 21 of volume 297 of Utuado, property number 23, 34th inscription.
**Presented on March 7, 1991**
**Recorded on March 12, 1991**

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

PAGE #2
PROPERTY #23

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

4.   **SEIZURE:** In favor of Commonwealth of Puerto Rico, (Fondo del Seguro del Estado), in the amount of $406.00, Policy #91111-00135, workers insurance, against Dimas Heriberto Rodríguez Rodríguez and Carmen Rosa Rodríguez Rodríguez, Certification dated July 22nd, 1994, annotated on August 17th, 1994, at margin of page 1 of volume 447 of Utuado.
     **Presented on August 10, 1994**
     **Recorded on August 17, 1994**

5.   **SEIZURE:** In favor of Commonwealth of Puerto Rico, (Fondo del Seguro del Estado) Policy #91111-00135 workers insurance, against Dimas Heriberto Rodríguez Rodríguez and Carmen Rosa Rodríguez Rodríguez, Certification dated December 28th, 2000, annotated on January 31, 2001 at overleaf of margin of page 1 of volume 447 of Utuado.
     **Presented on December 28, 2000**
     **Recorded on January 31, 2001**

6.   **SEIZURE:** In favor of Commonwealth of Puerto Rico, (Fondo del Seguro del Estado) Policy #91111-00135 workers insurance, against Dimas Heriberto Rodríguez Rodríguez and Carmen Rosa Rodríguez Rodríguez, Certification dated December 11th, 2006, annotated on June 26th, 2017 at Karibe volume of Utuado, 35th and last inscription.
     **Presented on December 11, 2006**
     **Recorded on June 26, 2017**

7.   At entry 601 of daily book 415, presented on November 29th, 2012, Certification issued on November 29th, 2012 by Fondo del Seguro del Estado, in order to seize this property of Dimas Rodríguez Rodríguez, concept of Policy #91-111-00135, for the amount of $406.00. Also annotated on December 5th, 2012 at page 136 of volume 22 of state seizures of Utuado. The document qualification and dispatch are pending.

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to December 20th, 2019.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed properties and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of title search and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this title search due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

**EAGLE TITLE AND OTHER SERVICES, INC.**

*Authorized signature*

tm/dm/**F**

Eagle Title & Other Services, Inc.

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on December 20th, 2019, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 16th day of September of 2020.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4288

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 16th day of September of 2020.

NOTARY PUBLIC

Case 3:20-cv-01480  Document 1-6  Filed 09/17/20  Page 1 of 5

-----------------------------------------------------EXHIBIT 4

----------ESCRITURA NUMERO  CIENTO CINCUENTA----------

--------------------MODIFICACION DE HIPOTECA----------------

--En la Ciudad de Utuado, Puerto Rico, a  los cuatro

días de el mes de octubre de mil novecientos ochenta

y nueve.-------------------------------------------------

-----------------------------ANTE MI--------------------

MIGUEL TORRES MALDONADO, Abogado y Notario Público-

de Puerto Rico, con residencia, vecindad y estudio-

abierto en esta Ciudad de Utuado, Puerto Rico.------

----------------------COMPARECEN----------------

DE LA PRIMERA PARTE:-Los esposos DIMAS HERIBERTO----

RODRIGUEZ RODRIGUEZ y CARMEN ROSA RODRIGUEZ RODRI-

GUEZ, mayores de edad, propietarios y vecinos de----

Vega Alta y de paso por Utuado, Puerto Rico, Seguro

Social números ███████ y ███████----------

DE LA SEGUNDA PARTE:-ESTADOS UNIDOS DE AMERICA,----

actuando por conducto y a través del Administrador--

de la Administración de Hogares de Agricultores, a-

tenor con las disposiciones de las Leyes del Congre-

so tituladas (Consolidated Farmers Home Administra-

tion Act of Nineteen Sixty One (1961) con oficinas-

principales en Washington, Distrito de Columbia,----

Estdos Unidos de América, representado en este acto-

por don H. RAFAEL LAO, mayor de edad, casado, Super-

visor de Farmers Home Administration, Oficina de----

Utuado y vecino  de Ciales, Puerto Rico, carácter---

que consta debidamente acreditado en el Registro----

de la Propiedad, cuyo número de Seguro Social es el-

██████████--------

-CONOZCO personalmente a los comparecientes y por-

sus dichos sus circunstancias personales.  Tienen  .

mi juicio la capacidad legal necesaria para este----

otorgamiento y en tal virtud libramente-------------

-----------------------EXPONEN-------------------

PRIMERO:-Que los comparecienes de la primera parte--

son dueños en pleno dominio de la siguiente propie--

dad:-------------------------------------------------

"RUSTICA:-Predio de terreno radicado en el Barrio---
Don Alonso del término municipal de Utuado, Puerto--
Rico compuesto de VEINTIOCHO CUERDAS de terreno,----
equivalentes a once hectáreas, cincuenta y una áreas
y veinte centiáreas de terreno, en LINDES:-por el---
Norte, con tierras de Manuel Candelaria Viruet; por-
el Este, con la parcela de Pío Riera; por el Sur y--
Oeste, con tierras de la Sucesión de Miguel Roses---
Artau, con plantaciones de café y plátanos y palmas-
de yaguas, conteniendo una casa de madera con techo
de zinc y tres bohíos".------------------------------

--Inscrita al folio veintiuno (21) del tomo doscien-
tos noventa y siete (297) de Utuado finca número----
veintites (23).--------------------------------------

SEGUNDO:-Adquirieron los comparecientes de la primera

parte la antes descrita propiedad mediante la escri-

tura pública número ciento cuarenta y nueve (149)----

otorgada en Utuado, Puerto Rico el día cuatro de-----

octubre de mil novecientos ochenta y nueve ante el--

Notario Miguel Torres Maldonado.---------------------

TERCERO:-La antes descrita propiedad se halla afecta-

a una primera hipoteca por la suma principal de-----

Cincuenta Mil Dólares ($50,000.00) a favor de los---

Estados Unidos de América actuando por conducto de--

Farmers Home Administration, constituída el día vein

ticinco de agosto de mil novecientos setenta y seis-

mediante la escritura pública número ciento uno (10:

otorgada en Utuado, Puerto Rico ante el Notario Lui:

Pérez Matos por los anteriores dueños Monserrate----

Lugo Yambó y su difunto esposo Pedro Maldonado Guz--

mán.-------------------------------------------------

CUARTO:-Que la Administración de Hogares de Agricul-

tores representada en este acto por el comparecient

de la segunda parte y los comparecientes de la prim

ra parte han acordado modificar la hipoteca consti.

tituida sobre esta propiedad a favor de los Estados-
Unidos de América reseñada en el Hecho Tercero de-----
esta escritura, de la siguiente forma:------------------

a) Se modifica la hipoteca originalmente constituida
   a los efectos de que responderá por un principal-
   de Cincuenta y Cuatro Mil Seiscientos Cuarenta y----
   Ocho Dólares con Ochenta y Tres Centavos-------------
   ($54,648.83) en vez de Cincuenta Mil Dólares-----
   ($50,000.00).----------------------------------------

b) Se modifica la hipoteca original a los efectos de-
   que vencerá a los cuarenta años (40) de la fecha---
   de esta modificación.--------------------------------

c) Se modifica la hipoteca original a los efectos de-
   tasar el inmueble hipotecado en la suma de---------
   Cincuenta y Cuatro Mil Seiscientos Cuarenta y Ocho-
   Dólares con Ochenta y Tres Centavos-----------------
   ($54,648.83) a los efectos de la primera subasta-
   que deba celebrarse en caso de ejecución.----------

QUINTO:-En este acto, el compareciente de la segunda
parte me muestra a mí el Notario el pagaré original-
a que se ha hecho referencia y cerciorándome Yo, de-
que es el documento original firmado por los deudo--
res originales, procedo a relacionar en el mismo----
uan nota de que la obligación en él reseñada ha sido
modificada según los términos y condiciones de la--
presente escritura.----------------------------------

SEXTO:-Todas las cláusulas y condiciones expresadas
en la escritura de hipoteca original que no hayan--
sido cambiadas o modificadas en este acto, quedarán
válidas y subsistentes.-------------------------------

SEPTIMO:-Siguen manifestando los comparecientes de-
la primera parte que es de su propio y personal co--
nocimiento todas y cada una de las obligaciones,----
cláusulas y estipulaciones contenidas en el pagaré-
y también contenidas en la escritura de hipoteca y-

en este acto, en forma clara, solemne y terminante—

se obligan a cumplir todas y cada una de dichas——

cláusulas, condiciones y estipulaciones como si——

ellos hubieran sido los otorgantes originales asi——

como también se obligan y comprometen a acatar las

reglas y reglamentos de la Administración de Hogares

y/o el Administrador de la Administración de Hogares

de Agricultores y/o el Secretario de Agricultura——

de los Estados Unidos de conformidad con lo dis-——

puesto en la Ley del Congreso "Consolidated Farmers

Home Administration Act of Nineteen Sixty One (1961)

y en su consecuencia relevan de toda deuda y obliga-

ción con dicho pagaré, préstamo e hipoteca a los——

deudores originales.————————————————

——Los comparecientes aceptan esta escritura en la—

forma redactada por hallarla conforme a lo convenido

——Les hice las advertencias de Ley pertinentes al—

otorgamiento y previa lectura que de la misma hice—

a los comparecientes en alta voz, la encontraron——

conforme y en su contenido se ratifican firmandola—

ante mi y estampando además sus iniciales al margen

de todos y cada uno de sus folios, Yo, El Notario,—

DOY FE.————————————————————————

FIRMADO:-DIMAS HERIBERTO RODRIGUEZ RODRIGUEZ.————
FIRMADO:-CARMEN ROSA RODRIGUEZ RODRIGUEZ.————
FIRMADO:-H. RAFAEL LAO.————————————

——Aparecen las iniciales de los otorgantes y la————
rúbrica del Notario al margen de cada página, fir-—
mado Signado, Sellado y rubricado por el Notario——
que suscribe. (Cancelados los correspondientes———
Sellos de Rentas Internas e Impuesto Notarial).————

CERTIFICO:-Que esta es primera copia fiel y exacta—
de su original que obra en mi protocolo bajo el———
número y fecha indicados y para entregar a la———
parte interesada lo expido en la misma fecha de su-
otorgamiento. Esta escritura consta de ?? folios——
y es expedida a favor de H. RAFAEL LAO.————————

Inscrito al folio 21 Vuelto
del Tomo 297 de Utuado finca
#23, inscripción 34. La Dalla
afecta a 2 Hipoteca una a favor
de Estados Unidos de América por
la suma de $50,000 o la cual
se modifica en virtud de este
documento y a otra Hipoteca
a favor del Portador del Pagaré
por la suma de $10,000.00 Uficial
a 12 de mayo de 1991.
Droy dejo, Exacta

Registrador



Chel del
7/3/91

## CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married
and resident of Guayama, Puerto Rico. In my
official capacity as State Executive Director of
the Farm Service Agency, U.S. Department of
Agriculture, hereby declare under penalty of
perjury that this is a true and exact copy of
the original document which I have under my
custody.

San Juan, Puerto Rico ---------------------------------

Juan M. Ortiz Serbiá
State Executive Director

EXHIBIT 4-A

------- DEED NUMBER ONE HUNDRED FIFTY -------

----------- MODIFICATION OF MORTGAGE ---------

---—In the City of Utuado, Puerto Rico, on the

fourth day of the month of October of Nineteen

Hundred Eighty Nine.--------------------------

----------------- BEFORE ME -----------------

MIGUEL TORRES MALDONADO, Attorney and Notary

Public   of   Puerto   Rico,   with   residence,

domicile  and  offices  in  the  City  of  Utuado,

Puerto Rico.---------------------------------

----------------- APPEAR --------------------

AS PARTY OF THE FIRST PART: The matrimony of

DIMAS HERIBERTO RODRIGUEZ RODRIGUEZ AND CARMEN

ROSA   RODRIGUEZ   RODRIGUEZ,   of   legal   age,

property  owners  and  residents  of  Vega  Alta,

passing   by   Utuado,   Puerto   Rico,   Social

Security numbers ▆▆▆▆▆▆▆▆ and ▆▆▆▆▆▆▆▆

AS PARTY OF THE SECOND PART: UNITED STATES OF

AMERICA,   acting   through   and   by   the

Administrator   of   the   Farmers   Home

Administration, pursuant to the provisions of

the   Laws   of   Congress   entitled   Consolidate

CERTIFIED to be a true and correct translation from its original. *Aida Torres*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.                    6/30/06

2

Farmers Home Administration Act of Nineteen Sixty One (1961) with principal offices in Washington, District of Colombia, United States of America, represented herein by Mr. H. RAFAEL LAO, of legal age, married, Supervisor of Farmers Home Administration, Office of Utuado and resident of Ciales, Puerto Rico, which capacity is duly accredited in the Registry of the Property, whose Social Security Number is ███████████.------------ --- I PERSONALLY know the appearing parties and by their statements their personal circumstances. They have in my judgment the necessary legal capacity for this execution and pursuant thereto they freely------------- -------------------- STATE --------------------

FIRST: That the appearing parties of the first part are the fee simple owners of the following property:--------------------------

"RUSTIC: parcel of land located in the Don Alfonso Ward of the municipality of Utuado, Puerto Rico comprised of TWENTY EIGHT CUERDAS of land, equivalent to eleven hectares, fifty

CERTIFIED To be a true and correct trans- lation from its original     *[signature]*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.     4/30/04

one areas and twenty centares of land, BOUNDING: on the North, with land of Manuel Candelaria Viruet; on the East, with the parcel of Pío Riera; on the south and on the East, with land of the Estate of Miguel Roses Artau, with coffee and plantain plantations and "yagua" palm trees, containing a wood house with zinc roof and three "bohíos".-----

---Recorded at page twenty one (21) of volume two hundred ninety seven (297) of Utuado property number twenty three (23).------------

SECOND: The appearing parties acquired the first part of the aforementioned property through public deed number One Hundred Forty Nine (149) executed in Utuado, Puerto Rico on the fourth of October of Nineteen Hundred Eighty Nine before Notary Miguel Torres Maldonado.-----------------------------------

THIRD: The aforementioned property is subject to a first mortgage for the principal amount of Fifty Thousand Dollars ($50,000.00) in favor of the United States of America acting through Farmers Home Administration, constituted on the twenty fifth of August of Nineteen Hundred Seventy Six through public deed number One Hundred One (101) executed in

CERTIFIED to be a true ~~~~~~~~~ translation from its original. *Ceola Ires*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT     4/30/06

4

Utuado, Puerto Rico before Notary Luis Pérez
Matos by the previous owners Monserrate Lugo
Yambó and her deceased husband Pedro Maldonado
Guzmán.--------------------------------------

FOURTH: That the Farmers Home Administration,
represented herein by the appearing party of
the second part and the appearing parties of
the first part have agreed to modify the
mortgage constituted over this property in
favor of the United States of America stated
in the Third Fact of this deed, as follows:---

a)   The mortgage originally constituted is
     modified so that it will respond for a
     principal of Fifty Four Thousand Six
     Hundred Forty Eight Dollars and Eighty
     Three Cents ($54,648.83) instead of Fifty
     Thousand Dollars ($50,000.00).----------

b)   The original mortgage is modified so that
     it will expire in forty (40) years from
     the date of this modification.---------

CERTIFIED To be a true and correct trans-
lation from its original.
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.   6/20/06

c)   The original mortgage is modified for purposes of appraising the real property mortgaged in the amount of Fifty Four Thousand Six Hundred Forty Eight Dollars and Eighty Three Cents ($54,648.83) for purposes of the first auction that is to be held in case of foreclosure.-------

FIFTH:   In this act, the appearing party of the second part shows me, the Notary, the original promissory note referenced herein, and after verifying that it is the original document signed by the original debtors, I proceed to state in the same a note that the obligation stated herein has been modified according to the terms and conditions of this deed.----------------------------------------

SIXTH: All of the clauses and conditions stated in the original deed o mortgage that have not been changed or modified in this act, will remain valid and in existence.----------

CERTIFIED To be a true and correct trans-
lation from its original. *Aida Torres*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.
6/20/04

6

SEVENTH: The appearing parties of the first part continue to state that they personally know each and every one of the obligations, clauses and stipulations contained in the promissory note and also contained in the deed of mortgage and in this act, in a clear, solemn and decisive manner agree to comply with each and every one of said clauses, conditions and stipulations as if they had been the original executors as well as also agree and covenant to adhere to the rules and regulations of the Home Administration and/or the Administrator of the Farmers Home Administration and/or the Secretary of Agriculture of the United States in accordance with the provisions of the Consolidated Farmers Home Administration Act of Nineteen Sixty One (1961) enacted by Congress and as a result thereof they release the original debtors from all debt and obligation with

CERTIFIED To be a true and correct translation from its original. *Aida Torres*
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.
6/30/04

7

regard to said promissory note, loan and

mortgage.-------------------------------------

---The appearing parties accept this deed in

the manner it is drafted having found it in

accordance with what was agreed.------------

--- I made the pertinent admonishments

pursuant to Law related to the execution and

after a reading that I made to the appearing

parties out loud, they found it to their

agreement and ratified its contents, signing

it before me and affixing also their initials

at the margin of each and every one of it

pages, I, the Notary, ATTEST.----------------

SIGNED: DIMAS HERIBERTO RODRIGUEZ RODRIGUEZ.-
SIGNED: CARMEN ROSA RODRIGUEZ RODRIGUEZ.-----
SIGNED: H. RAFAEL LAO------------------------

-There appear the initials of the executing
parties and the flourish of the Notary at the
margin of each page.  Signed, Sealed, Marked
and Flourished by the undersigned Notary.
(The  corresponding  Internal  Revenue  and
Notarial Tax Stamps are cancelled).-----------

I CERTIFY: That this is the first true and
correct copy of its original which is in my
protocol under the number and date indicated
and for delivery to interested party I issue
it on the same date of its execution.  This

CERTIFIED To be a true and correct trans-
lation from its original.
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.

6/30/06

8

deed consists of 04 folios and is issued in
favor of H. RAFAEL LAO.----------------------

There appear Seals of Miguel A. Torres
Maldonado Attorney-Notary; Registry of the
Property; and Notarial Tax Stamp affixed.


Recorded at page 21 overleaf of volume 297 of
Utuado, property #23, inscription 34.  It is
subject to 2 mortgages, one in favor of United
States of America for the amount of $50,000.00
which is modified pursuant to this document
and another mortgage in favor of Bearer of the
Promissory Note for the amount of $10,000.00.
Utuado, March 12, 1991.
(Fees) I mean, exempt.
                              S/illegible
                                Registrar
Seal of Registrar
of the Property

Checked
7/3/91
s/illegible
William Montero

CERTIFIED To be a
lation from its origi...
AIDA TORRES, CERTIFIED...
ADMINISTRATIVE OFFICE OF THE...
STATES COURT
4/30/04

*1521. 233*

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:      Rodriguez Rodriguez, Dimas H.          Case No:    63-015-2098

### *CERTIFICATION OF INDEBTEDNESS*

I, Carlos J. Morales Lugo, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency* , United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

                    *Statement of Account as of*        *September 4, 2020*

| Loan Number | 41-01 | |
|---|---|---|
| Note Amount | $ | 50,000.00 |
| Date of Last Payment | 5/25/2009 Offset | |
| Principal Balance | $ | 52,563.10 |
| Unpaid Interest | $ | 60,745.44 |
| Misc. Charges | $ | - |
| Total Balance | $ | 113,308.54 |
| Daily Interest Accrual | $ | 7.9205 |
| Amount Delinquent | $ | 75,236.00 |
| Years Delinquent | 19 | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

*Carlos J. Morales*

Digitally signed by CARLOS MORALES (Affiliate)
DN: c=US, o=U.S. Government, ou=Department of
Agriculture, 0.9.2342.19200300.100.1.1=12001003816118,
cn=CARLOS MORALES (Affiliate)
Date: 2020.09.04 12:29:57 -04'00'
Adobe Acrobat version: 2020.012.20041

Carlos J. Morales Lugo
LRTF Contractor
September 4, 2020

Department of Defense Manpower Data Center

Results as of : Apr-14-2020 01:30:27 PM

EXHIBIT 6

SCRA 5.4



## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-9726

Birth Date:

Last Name: RODRIGUEZ-RODRIGUEZ

First Name: CARMEN

Middle Name: ROSA

Status As Of: Apr-14-2020

Certificate ID: MYJQFVQWN5GGCKP

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director

Department of Defense - Manpower Data Center

400 Gigling Rd.

Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| UNITED STATES OF AMERICA _____ *Plaintiff(s)* v. CARMEN ROSA RODRÍGUEZ RODRÍGUEZ a/k/a CARMEN R. RODRÍGUEZ RODRÍGUEZ, as joint debtor and as known member o the Estate of DIMAS HERIBERTO RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS H. RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS RODRÍGUEZ RODRÍGUEZ; DILIA RODRÍGUEZ MONTILLA, et als. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
DILIA RODRÍGUEZ MONTILLA as known member of the Estate of DIMAS HERIBERTO RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS H. RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS RODRÍGUEZ RODRÍGUEZ
Road 140 KM 4.2
Don Alonso Ward
Utuado, P.R. 00641
Postal address: 107 Smith Lane #25 Syracuse NY 13210-4606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
                                          *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# United States District Court
### for the
### District of Puerto Rico

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| _Plaintiff(s)_ | ) | Civil Action No. |
| v. | ) | |
| CARMEN ROSA RODRÍGUEZ RODRÍGUEZ a/k/a CARMEN R. RODRÍGUEZ RODRÍGUEZ, as joint debtor and as known member o the Estate of DIMAS HERIBERTO RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS H. RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS RODRÍGUEZ RODRÍGUEZ; DILIA RODRÍGUEZ MONTILLA, et als. | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
VILMA SONNIER a/k/a VILMA RODRÍGUEZ MONTILLA as known member of the Estate of DIMAS HERIBERTO RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS H.RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS RODRÍGUEZ RODRÍGUEZ
Road 140 KM 4.2
Don Alonso Ward
Utuado, P.R. 00641
Postal address: 201 Opta St. Maurice, LA 70555

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
                                                                                 *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| _____ | ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| CARMEN ROSA RODRÍGUEZ RODRÍGUEZ a/k/a CARMEN R. RODRÍGUEZ RODRÍGUEZ, as joint debtor and as known member o the Estate of DIMAS HERIBERTO RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS H. RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS RODRÍGUEZ RODRÍGUEZ; DILIA RODRÍGUEZ MONTILLA, et als. | ) ) ) ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
LOURDES KNAPP a/k/a LOURDES RODRÍGUEZ MONTILLA as known member of the Estate of DIMAS HERIBERTO RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS H.RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS RODRÍGUEZ RODRÍGUEZ
Road 140 KM 4.2
Don Alonso Ward
Utuado, P.R. 00641
Postal address: 320 C-4 Hiddenwood Dr. Newport News, VA 23606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____        _____
                                                                          *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. |
| CARMEN ROSA RODRÍGUEZ RODRÍGUEZ a/k/a CARMEN R. RODRÍGUEZ RODRÍGUEZ, as joint debtor and as known member o the Estate of DIMAS HERIBERTO RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS H. RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS RODRÍGUEZ RODRÍGUEZ; DILIA RODRÍGUEZ MONTILLA, et als. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
LOURDES KNAPP a/k/a LOURDES RODRÍGUEZ MONTILLA as known member of the Estate of DIMAS HERIBERTO RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS H.RODRÍGUEZ RODRÍGUEZ a/k/a DIMAS RODRÍGUEZ RODRÍGUEZ
Road 140 KM 4.2
Don Alonso Ward
Utuado, P.R. 00641
Postal address: 320 C-4 Hiddenwood Dr. Newport News, VA 23606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____        _____
                                        *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

---

### CATEGORY SHEET

---

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

---

Attorney Name (Last, First, MI):  Fortuño, Juan Carlos

USDC-PR Bar Number:  211913

Email Address:  jcfortuno@fortuno-law.com

---

1.  Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

    Plaintiff:  United States of America

    Defendant:  Carmen Rosa Rodríguez Rodríguez

2.  Indicate the category to which this case belongs:

    ☒ Ordinary Civil Case
    ☐ Social Security
    ☐ Banking
    ☐ Injunction

3.  Indicate the title and number of related cases (if any).

    N/A

4.  Has a prior action between the same parties and based on the same claim ever been filed before this Court?

    ☐ Yes
    ☒ No

5.  Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

    ☐ Yes
    ☒ No

6.  Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

    ☐ Yes
    ☒ No

Date Submitted:

rev. Dec. 2009

Print Form     Reset Form

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Juan Carlos Fortuño Fas
PO Box 9300
San Juan, PR 00908, tel. 787-751-5290

## DEFENDANTS

CARMEN ROSA RODRÍGUEZ RODRÍGUEZ a/k/a CARMEN R. RODRÍGUEZ RODRÍGUEZ, et als.

County of Residence of First Listed Defendant   New Jersey
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 891 Agricultural Acts |
| ☒ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Consolidated Farm and Development Act, 7 USC 1921, et seq., and 28 USC 1345

Brief description of cause:
Foreclosure of Mortgage

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
111,787.80

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE

DOCKET NUMBER

DATE  9/16/2020

SIGNATURE OF ATTORNEY OF RECORD
*Juan Carlos Fortuño Fas*

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE